# Exhibit 4

| US8191091B1 | Amagi Cloudport ("The accused instrumentality") |
|---|---|
| 13. A method of decrypting programming at a receiver station, said method comprising the steps of: | The accused instrumentality practices a method of decrypting programming (e.g., decrypting video data) at a receiver station (e.g., user device enabled with the accused instrumentality).<br><br>As shown below, the accused instrumentality uses the Intertrust ExpressPlay DRM service for live and VOD broadcasting on its user devices. ExpressPlay DRM provides digital content protection by encrypting the video content using encryption keys. The player of the accused instrumentality receives an encrypted video from the video source. When a player attempts to play a video, it detects that the content is encrypted using encryption keys. Each video is encrypted with an encryption key and includes a key ID, which is generated during encryption. The player detects this key ID associated with the video content and sends this key ID in the license request to the DRM server component to request the corresponding decryption key required for playback. The DRM server retrieves the decryption key and sends the DRM license response, including the decryption key, to the user (e.g., DRM user component), which is then used to decrypt the video for playback and display it to the user. |

amagi Why Amagi Solutions Offerings AI Resources Company Investors Support Contact Us

**Amagi CLOUDPORT is a cloud-based broadcast operations platform that allows television networks and content owners to replace traditional, hardware-intensive playout systems with a modern, software-defined environment.**

Amagi CLOUDPORT supports media ingest, scheduling, graphics, and live controls, enabling remote operation and centralized management of global channels. It integrates with legacy systems such as media asset management, electronic program guides and ad scheduling systems, and offers role-based workflows, redundancy and support for hybrid or air-gapped media environments. Amagi CLOUDPORT offers cost efficiency, enterprise-grade reliability, and seamless integration into existing broadcast workflows, helping customers reduce capital expenditure while improving operational flexibility.

https://www.amagi.com/products/cloudport-cloud-playout

es Company Investors Support Contact Us

Amagi CLOUDPORT supports media ingest, scheduling, graphics, and live controls, enabling remote operation and centralized management of global channels. It integrates with legacy systems such as media asset management, electronic program guides and ad scheduling systems, and offers role-based workflows, redundancy and support for hybrid or air-gapped media environments. Amagi CLOUDPORT offers cost efficiency, enterprise-grade reliability, and seamless integration into existing broadcast workflows, helping customers reduce capital expenditure while improving operational flexibility.

https://www.amagi.com/products/cloudport-cloud-playout

| | |
|---|---|
| | amagi Why Amagi Solutions Offerings AI Resources Company Investors Support Contact Us<br>NEWSROOM<br>**Amagi Integrates Intertrust ExpressPlay DRM for Delivering Premium Content to FAST Service Platforms**<br>New York, April 16, 2024<br>https://www.amagi.com/newsroom/amagi-integrates-intertrust-expressplay-drm-for-delivering-premium-content-to-fast-service-platforms<br><br>***The joint solution offers a secure, seamless FAST platform that enables protected content delivery and new business models.***<br><br>**NEW YORK – April 16, 2024** - Amagi, the global leader in cloud-based SaaS technology for broadcast and connected TV, and Intertrust, the leading digital rights management (DRM) provider, today announced a joint solution that integrates Amagi's CLOUDPORT platform for streaming channels with Intertrust ExpressPlay DRM service. Protecting premium content with ExpressPlay DRM allows Amagi's customers to satisfy content owners' requirements and deliver premium content via the rapidly expanding sector of Free Ad-supported Streaming Television (FAST). |

| | |
|---|---|
| | https://www.amagi.com/newsroom/amagi-integrates-intertrust-expressplay-drm-for-delivering-premium-content-to-fast-service-platforms<br><br>Amagi's CLOUDPORT is a suite of cloud-based tools for broadcasters and content providers to bring FAST services to global markets. It enables seamless media ingest, comprehensive content management, scheduling, playout, caption support, advanced graphics insertion, and precise ad placement and monitoring, all accessible remotely via a web-based user interface. By integrating Intertrust ExpressPlay DRM, Amagi customers can ensure premium, linear and VOD content protection while accommodating the dynamic needs of service providers and advertisers for targeted ad insertion and effective monetization strategies.<br>https://www.amagi.com/newsroom/amagi-integrates-intertrust-expressplay-drm-for-delivering-premium-content-to-fast-service-platforms<br><br>With Intertrust ExpressPlay DRM, Amagi is equipped to seamlessly integrate advertisements in real time within encrypted content streams without compromising security. This level of content protection is crucial for Amagi's unique business approach, where swift and secure ad inserts directly correlate with revenue streams.<br>https://www.amagi.com/newsroom/amagi-integrates-intertrust-expressplay-drm-for-delivering-premium-content-to-fast-service-platforms |

Intertrust ExpressPlay

Products Resources Developers Partners News Contact us Log in Get started

Products > ExpressPlay DRM

# Cloud-based multi-DRM service

ExpressPlay DRM is a media protection platform for OTT streaming services

Free trial Free consultation



https://www.expressplay.com/products/multi-drm/

Intertrust ExpressPlay

manage the content monetization while preventing media piracy and safeguarding the associated revenue, which is a critical requirement for both content providers and service operators.

So how can digital assets be protected? Though specifics may vary across different types of DRM, DRM technology works by combining *content encryption* with advanced *key management* and an associated *licensing policy* that grants access for end-user devices that meet the criteria required by the policy. Combining DRM with other tools such as forensic watermarking and anti-piracy services, offers an effective solution to secure content and revenue.

https://www.expressplay.com/products/faq/

| | |
|---|---|
| | Intertrust ExpressPlay DRM is a cost-effective turn-key solution that offers complete end-to-end protection for over-the-top (OTT) and broadband delivered premium content. As a security as a service, it offers a superior user experience to consumers of live and on-demand streaming services. ExpressPlay DRM provides device credentials, content key storage, content encryption, and secure playback along with a multi-DRM license delivery platform.<br>https://go.intertrust.com/hubfs/assets/expressplay-drm-datasheet.pdf |

| | |
|---|---|
| | **What is encrypted digital media?**<br><br>The first step in the process of content protection is to apply encryption to the payload. The content is encrypted during the packaging phase of the content preparation. Typically, the content packaging, for example for DASH-CENC or SAMPLE-AES, relies on AES encryption. An AES-128 bit key, known as the content encryption key, is used to encrypt the video and audio tracks. That is, nobody will be able to watch an encrypted file or program unless they also have access to the same key that was used to render the content unwatchable. The reverse process is called decryption, by applying the same key to restore the content to a clear (watchable) state.<br>https://www.expressplay.com/products/faq/<br><br>The ExpressPlay multi-DRM license delivery platform and secure key management service includes a rich API for managing encryption keys. The key service insulates ExpressPlay DRM customers from the complexities of managing content keys, while maintaining full control and ownership of the keys.<br>https://d1xyy3yiuu5xkq.cloudfront.net/wp-content/uploads/2021/01/09091633/ExpressPlay-Media-Security-Suite.pdf |

| | |
|---|---|
| | The content encryption keys need to be transmitted to the receiver in a secure fashion so that only authorized viewers can decrypt and watch the content. This is all part of the management of "pay-TV secrets" and usually referred to as key management. Beyond encryption keys there are several other keys that are used to protect other secrets such as the entitlement management message (EMM), which holds information regarding the channels or programs a viewer may watch, a.k.a. "channel line-up" in multi-channel pay-TV systems. All this is managed by the content security system with its license servers.<br><br>https://www.expressplay.com/products/faq/<br><br>**What is DRM license management and how does a typical DRM license mechanism work?**<br><br>When a viewer selects a program to watch, for example a movie that is protected by DRM, the user's media player will need DRM-specific licensing information in order to prepare the protected content for playback. Such information is managed and dispensed by a DRM license server, sometimes called a DRM license provider, and DRM license management is the foundation for secure OTT streaming.<br><br>So, what is a DRM license? A DRM license is typically a small file that contains the content decryption key (in encrypted form) along with some rules/policies defining how the content may be used. Typical rules set in a license define the output controls (for example HDCP requirements) and/or license validity period. Like the encrypted content, the DRM license can be delivered freely and openly as the key itself is encrypted and the entire file is signed preventing any<br><br>https://www.expressplay.com/products/faq/ |

| | |
|---|---|
| | The technology has several key components:<br>1. **Content Encryption** - The content is encrypted using strong encryption technologies, such as AES 128, that require the playback device to obtain a decryption key in order to render the content. As the content is encrypted it can freely be distributed in the most efficient means possible (e.g. via CDNs with no authentication) without having to worry about unauthorized viewing.<br>2. **DRM License** - A DRM license is typically a small file that contains the content decryption key (in encrypted form) along with some rules/policies on how the content is to be used. Typical rules set in a license define the output controls (e.g. HDCP requirements) and /or license validity period. Like the content itself, the license can be delivered freely and openly as the key itself is encrypted and the entire file is signed preventing any modifications to the specified rights.<br><br>*Source: ExpressPlay Tutorial*<br><br>Key Storage<br><br>ExpressPlay offers an optional secure online storage service for your content keys at no additional charge. The ExpressPlay Key Storage Service uses the Simple Key Management (SKM) API, a simple REST API that allows you to push/pull content keys to/from ExpressPlay. You can learn more about this open API for key management in the SKM API documentation. The documentation is not specific to the ExpressPlay service, so the url patterns are missing the base url. In the case of ExpressPlay, the url base should be as follows.<br>https://www.expressplay.com/developer/key-storage/<br><br>As shown below, the encrypted content includes the keyID from the content provider. |

STEP 2 - Package and encrypt your content into DASH format

- Always use the Bento4 tool MP4DASH to encrypt and package your content into DASH format.
- You can do by typing the following:

```
mp4dash --encryption-key=43215678123412341234123412341234:12341234123412341234123412341234 --
marlin big_buck_bunny.mf4
```

- Notice:

  - The command option –encryption-key indicates the content encryption key (CK) to use and it is followed by the key-id (KID) . In this case the value of the KID is equal to: 43215678123412341234123412341234 while the KEY is equal to: 12341234123412341234123412341234

https://www.expressplay.com/developer/getting-started/

As shown below, the player receives the encrypted content including the key ID from the CDN and sends this key ID in the license request to ExpressPlay, that returns the DRM license which includes the content decryption key needed by the user device (e.g., receiver station) for decryption and playback of the video content (e.g., programming).




*Source: ExpressPlay Tutorial*

| | |
|---|---|
| | The standard license acquisition workflow with ExpressPlay involves the following steps:<br><br>1. The application signals to the Over the top (OTT) service that it needs a license for a specific content element<br>2. The OTT service verifies that the request came from an authorized user and determines whether the user is allowed to view the content, if not it will reject the license request<br>3. The OTT service calls the ExpressPlay service, passing the content decryption key and the desired permissions<br><br>*Source: ExpressPlay Tutorial*<br><br>6. The application initializes the player with the LA_URL and starts playback<br>7. The player retrieves the encrypted content from the CDM and passes it to the media stack for decryption<br>8. The player retrieves the DRM license from ExpressPlay<br><br>*Source: ExpressPlay Tutorial*<br><br>**What is the purpose of a Content Decryption Module (CDM)?**<br><br>The Content Decryption Module or CDM is responsible for the implementation of the DRM functionality, for decrypting the media buffer, and to verify and honor all the output obligations and usage rules carried in the DRM license.<br><br>https://www.expressplay.com/products/faq/ |

| | |
|---|---|
| | The runtime activities are typically handled with 2 main components<br><br>1. The player takes care of obtaining the movie, parsing the manifest, extracting the KeyId, making the requests to the DRM License Server<br>2. Another component called the CDM (Content Decryption Module) takes care of creating the license request, decrypting & decoding the content.<br><br>**CDM or Content Decryption Module**<br><br>Every DRM provider provides a CDM with their own<br><br>1. algorithm for creating license request (using the KeyId, device, signing algorithm, etc.)<br><br>https://medium.com/pensieve-in/how-video-drm-works-e84491fddc11 |
| receiving an encrypted digital information transmission including encrypted information; | The accused instrumentality practices receiving an encrypted digital information transmission (e.g., encrypted video transmission) including encrypted information (e.g., encrypted video data).<br><br>As shown below, the accused instrumentality uses the Intertrust ExpressPlay DRM service for live and VOD broadcasting on its user devices. ExpressPlay DRM provides digital content protection by encrypting the video content using encryption keys. When a player attempts to play a video, it receives an encrypted video including keyID from the content provider. |

| | |
|---|---|
| | amagi Why Amagi Solutions Offerings AI Resources Company Investors Support Contact Us<br><br>NEWSROOM<br>**Amagi Integrates Intertrust ExpressPlay DRM for Delivering Premium Content to FAST Service Platforms**<br>New York, April 16, 2024<br>Please<br>https://www.amagi.com/newsroom/amagi-integrates-intertrust-expressplay-drm-for-delivering-premium-content-to-fast-service-platforms<br><br>***The joint solution offers a secure, seamless FAST platform that enables protected content delivery and new business models.***<br><br>**NEW YORK – April 16, 2024** – Amagi, the global leader in cloud-based SaaS technology for broadcast and connected TV, and Intertrust, the leading digital rights management (DRM) provider, today announced a joint solution that integrates Amagi's CLOUDPORT platform for streaming channels with Intertrust ExpressPlay DRM service. Protecting premium content with ExpressPlay DRM allows Amagi's customers to satisfy content owners' requirements and deliver premium content via the rapidly expanding sector of Free Ad-supported Streaming Television (FAST).<br>https://www.amagi.com/newsroom/amagi-integrates-intertrust-expressplay-drm-for-delivering-premium-content-to-fast-service-platforms |

| | |
|---|---|
| | Amagi's CLOUDPORT is a suite of cloud-based tools for broadcasters and content providers to bring FAST services to global markets. It enables seamless media ingest, comprehensive content management, scheduling, playout, caption support, advanced graphics insertion, and precise ad placement and monitoring, all accessible remotely via a web-based user interface. By integrating Intertrust ExpressPlay DRM, Amagi customers can ensure premium, linear and VOD content protection while accommodating the dynamic needs of service providers and advertisers for targeted ad insertion and effective monetization strategies.<br>https://www.amagi.com/newsroom/amagi-integrates-intertrust-expressplay-drm-for-delivering-premium-content-to-fast-service-platforms<br><br>Intertrust ExpressPlay<br>manage the content monetization while preventing media piracy and safeguarding the associated revenue, which is a critical requirement for both content providers and service operators.<br><br>So how can digital assets be protected? Though specifics may vary across different types of DRM, DRM technology works by combining *content encryption* with advanced *key management* and an associated *licensing policy* that grants access for end-user devices that meet the criteria required by the policy. Combining DRM with other tools such as forensic watermarking and anti-piracy services, offers an effective solution to secure content and revenue. |

| | |
|---|---|
| | https://www.expressplay.com/products/faq/<br><br>**What is encrypted digital media?**<br><br>The first step in the process of content protection is to apply encryption to the payload. The content is encrypted during the packaging phase of the content preparation. Typically, the content packaging, for example for DASH-CENC or SAMPLE-AES, relies on AES encryption. An AES-128 bit key, known as the content encryption key, is used to encrypt the video and audio tracks. That is, nobody will be able to watch an encrypted file or program unless they also have access to the same key that was used to render the content unwatchable. The reverse process is called decryption, by applying the same key to restore the content to a clear (watchable) state.<br><br>https://www.expressplay.com/products/faq/<br><br>The ExpressPlay multi-DRM license delivery platform and secure key management service includes a rich API for managing encryption keys. The key service insulates ExpressPlay DRM customers from the complexities of managing content keys, while maintaining full control and ownership of the keys.<br><br>https://d1xyy3yiuu5xkq.cloudfront.net/wp-content/uploads/2021/01/09091633/ExpressPlay-Media-Security-Suite.pdf |

| | |
|---|---|
| | The technology has several key components:<br>1. **Content Encryption** - The content is encrypted using strong encryption technologies, such as AES 128, that require the playback device to obtain a decryption key in order to render the content. As the content is encrypted it can freely be distributed in the most efficient means possible (e.g. via CDNs with no authentication) without having to worry about unauthorized viewing.<br>*Source: ExpressPlay Tutorial*<br><br>Key Storage<br><br>ExpressPlay offers an optional secure online storage service for your content keys at no additional charge. The ExpressPlay Key Storage Service uses the Simple Key Management (SKM) API, a simple REST API that allows you to push/pull content keys to/from ExpressPlay. You can learn more about this open API for key management in the SKM API documentation. The documentation is not specific to the ExpressPlay service, so the url patterns are missing the base url. In the case of ExpressPlay, the url base should be as follows.<br>https://www.expressplay.com/developer/key-storage/ |

## DRM data flow

**Background process: (At video production end)**

1. Content providers (video owners) transcode their video into multiple bitrates for better playback experience (adaptive bit rate playback). Encrypt all bit rate video segments with a 'Key' (Encryption is based on the standard for all DRM providers called 'CENC' — which is nothing but AES-128 CTR).

2. Upload the encrypted content into CDN.

https://medium.com/pensieve-in/how-video-drm-works-e84491fddc11

As shown below, the encrypted content includes the keyID from the content provider.

STEP 2 - Package and encrypt your content into DASH format

- Always use the Bento4 tool MP4DASH to encrypt and package your content into DASH format.
- You can do by typing the following:

```
mp4dash --encryption-key=43215678123412341234123412341234:12341234123412341234123412341234 --
marlin big_buck_bunny.mf4
```

- Notice:
  - The command option –encryption-key indicates the content encryption key (CK) to use and it is followed by the key-id (KID) . In this case the value of the KID is equal to: 43215678123412341234123412341234 while the KEY is equal to: 12341234123412341234123412341234

| | |
|---|---|
| | https://www.expressplay.com/developer/getting-started/<br><br>As shown below, the player receives the encrypted content including the key ID from the CDN.<br><br><br>*Source: ExpressPlay Tutorial* |
| detecting in said encrypted digital information transmission the presence of an | The accused instrumentality practices detecting in said encrypted digital information (e.g., encrypted video) transmission the presence of an instruct-to-enable signal (e.g., Key Identifier, etc.). |

<table>
<tr>
<td>instruct-to-enable signal;</td>
<td>As shown below, the accused instrumentality uses the Intertrust ExpressPlay DRM service for live and VOD broadcasting on its user devices. ExpressPlay DRM provides digital content protection by encrypting the video content using encryption keys. The player of the accused instrumentality receives an encrypted video from the video source. When a player attempts to play a video, it detects that the content is encrypted using encryption keys. Each video is encrypted with an encryption key and includes a key ID, which is generated during encryption. The player detects this key ID associated with the video content and sends this key ID in the license request to the DRM server component to request the corresponding decryption key required for playback.




https://www.amagi.com/newsroom/amagi-integrates-intertrust-expressplay-drm-for-delivering-premium-content-to-fast-service-platforms</td>
</tr>
</table>

| | |
|---|---|
| | ***The joint solution offers a secure, seamless FAST platform that enables protected content delivery and new business models.***<br><br>**NEW YORK – April 16, 2024** - Amagi, the global leader in cloud-based SaaS technology for broadcast and connected TV, and Intertrust, the leading digital rights management (DRM) provider, today announced a joint solution that integrates Amagi's CLOUDPORT platform for streaming channels with Intertrust ExpressPlay DRM service. Protecting premium content with ExpressPlay DRM allows Amagi's customers to satisfy content owners' requirements and deliver premium content via the rapidly expanding sector of Free Ad-supported Streaming Television (FAST).<br>https://www.amagi.com/newsroom/amagi-integrates-intertrust-expressplay-drm-for-delivering-premium-content-to-fast-service-platforms<br><br>Amagi's CLOUDPORT is a suite of cloud-based tools for broadcasters and content providers to bring FAST services to global markets. It enables seamless media ingest, comprehensive content management, scheduling, playout, caption support, advanced graphics insertion, and precise ad placement and monitoring, all accessible remotely via a web-based user interface. By integrating Intertrust ExpressPlay DRM, Amagi customers can ensure premium, linear and VOD content protection while accommodating the dynamic needs of service providers and advertisers for targeted ad insertion and effective monetization strategies.<br>https://www.amagi.com/newsroom/amagi-integrates-intertrust-expressplay-drm-for- |

| | |
|---|---|
| | delivering-premium-content-to-fast-service-platforms<br><br>Intertrust ExpressPlay<br><br>manage the content monetization while preventing media piracy and safeguarding the associated revenue, which is a critical requirement for both content providers and service operators.<br><br>So how can digital assets be protected? Though specifics may vary across different types of DRM, DRM technology works by combining *content encryption* with advanced *key management* and an associated *licensing policy* that grants access for end-user devices that meet the criteria required by the policy. Combining DRM with other tools such as forensic watermarking and anti-piracy services, offers an effective solution to secure content and revenue.<br><br>https://www.expressplay.com/products/faq/ |

| | |
|---|---|
| | **What is encrypted digital media?**<br><br>The first step in the process of content protection is to apply encryption to the payload. The content is encrypted during the packaging phase of the content preparation. Typically, the content packaging, for example for DASH-CENC or SAMPLE-AES, relies on AES encryption. An AES-128 bit key, known as the content encryption key, is used to encrypt the video and audio tracks. That is, nobody will be able to watch an encrypted file or program unless they also have access to the same key that was used to render the content unwatchable. The reverse process is called decryption, by applying the same key to restore the content to a clear (watchable) state.<br><br>https://www.expressplay.com/products/faq/<br><br>The ExpressPlay multi-DRM license delivery platform and secure key management service includes a rich API for managing encryption keys. The key service insulates ExpressPlay DRM customers from the complexities of managing content keys, while maintaining full control and ownership of the keys.<br><br>https://d1xyy3yiuu5xkq.cloudfront.net/wp-content/uploads/2021/01/09091633/ExpressPlay-Media-Security-Suite.pdf |

| | |
|---|---|
| | The technology has several key components:<br>1. **Content Encryption** - The content is encrypted using strong encryption technologies, such as AES 128, that require the playback device to obtain a decryption key in order to render the content. As the content is encrypted it can freely be distributed in the most efficient means possible (e.g. via CDNs with no authentication) without having to worry about unauthorized viewing.<br>*Source: ExpressPlay Tutorial*<br><br>Key Storage<br><br>ExpressPlay offers an optional secure online storage service for your content keys at no additional charge. The ExpressPlay Key Storage Service uses the Simple Key Management (SKM) API, a simple REST API that allows you to push/pull content keys to/from ExpressPlay. You can learn more about this open API for key management in the SKM API documentation. The documentation is not specific to the ExpressPlay service, so the url patterns are missing the base url. In the case of ExpressPlay, the url base should be as follows.<br>https://www.expressplay.com/developer/key-storage/<br><br>**What is the purpose of a Content Decryption Module (CDM)?**<br><br>The Content Decryption Module or CDM is responsible for the implementation of the DRM functionality, for decrypting the media buffer, and to verify and honor all the output obligations and usage rules carried in the DRM license.<br>https://www.expressplay.com/products/faq/ |

| | |
|---|---|
| | **DRM data flow**<br><br>**Background process: (At video production end)**<br><br>1. Content providers (video owners) transcode their video into multiple bitrates for better playback experience (adaptive bit rate playback). Encrypt all bit rate video segments with a 'Key' (Encryption is based on the standard for all DRM providers called 'CENC' — which is nothing but AES-128 CTR).<br>2. Upload the encrypted content into CDN.<br>3. Upload the 'Key' (KeyId +actual encryption Key) to the DRM license provider. KeyId is a public information used to retrieve the encryption key during playback.<br><br>https://medium.com/pensieve-in/how-video-drm-works-e84491fddc11 |

| | |
|---|---|
| | **Runtime process: (During playback in a player)**<br><br>1. Obtain the video manifest and video segments from the CDN<br>2. Extract the KeyId from the manifest (or from video segments sometimes)<br>3. Create the license request specific to the player/device<br>4. Send the license request to the license server<br>5. DRM License server send the License (with Key) to player/application<br>6. Player updates the license to CDM component<br>7. CDM extract the 'Key' from license file received from the server and use it to decrypt the video segments. Then decode the decrypted video segment<br>8. Plays the decoded video<br><br>https://medium.com/pensieve-in/how-video-drm-works-e84491fddc11 |

The runtime activities are typically handled with 2 main components

1. The player takes care of obtaining the movie, parsing the manifest, extracting the KeyId, making the requests to the DRM License Server
2. Another component called the CDM (Content Decryption Module) takes care of creating the license request, decrypting & decoding the content.

## CDM or Content Decryption Module

Every DRM provider provides a CDM with their own

1. algorithm for creating license request (using the KeyId, device, signing algorithm, etc.)

https://medium.com/pensieve-in/how-video-drm-works-e84491fddc11

As shown below, the encrypted content includes the keyID from the content provider.

STEP 2 - Package and encrypt your content into DASH format

- Always use the Bento4 tool MP4DASH to encrypt and package your content into DASH format.
- You can do by typing the following:

```
mp4dash --encryption-key=43215678123412341234123412341234:12341234123412341234123412341234 --
marlin big_buck_bunny.mf4
```

- Notice:

  - The command option –encryption-key indicates the content encryption key (CK) to use and it is followed by the key-id (KID) . In this case the value of the KID is equal to: 43215678123412341234123412341234 while the KEY is equal to: 12341234123412341234123412341234

| | |
|---|---|
| | https://www.expressplay.com/developer/getting-started/<br><br>As shown below, the player receives the encrypted content (e.g., encrypted digital information) including the key ID (e.g., an instruct-to-enable signal) from the CDN and sends this key ID (e.g., an instruct-to-enable signal) in the license request to ExpressPlay, that returns the DRM license which includes the content decryption key needed by the user device (e.g., receiver station) for decryption and playback of the video content.<br><br><br><br>*Source: ExpressPlay Tutorial* |

| | |
|---|---|
| | 6. The application initializes the player with the LA_URL and starts playback<br>7. The player retrieves the encrypted content from the CDM and passes it to the media stack for decryption<br>8. The player retrieves the DRM license from ExpressPlay<br>*Source: ExpressPlay Tutorial* |
| passing said instruct-to-enable signal to a processor; | The accused instrumentality practices passing (e.g., transmitting) said instruct-to-enable signal (e.g., Key Identifier, etc.) to a processor (e.g., DRM server component, etc.).<br><br>As shown below, the accused instrumentality uses the Intertrust ExpressPlay DRM service for live and VOD broadcasting on its user devices. ExpressPlay DRM provides digital content protection by encrypting the video content using encryption keys. The player of the accused instrumentality receives an encrypted video from the video source. When a player attempts to play a video, it detects that the content is encrypted using encryption keys. Each video is encrypted with an encryption key and includes a key ID, which is generated during encryption. The player detects this key ID associated with the video content and sends this key ID in the license request to the DRM server component to request the corresponding decryption key required for playback. |

| | |
|---|---|
| | amagi Why Amagi Solutions Offerings AI Resources Company Investors Support Contact Us<br><br>NEWSROOM<br><br>**Amagi Integrates Intertrust ExpressPlay DRM for Delivering Premium Content to FAST Service Platforms**<br><br>New York, April 16, 2024<br><br>Please<br><br>https://www.amagi.com/newsroom/amagi-integrates-intertrust-expressplay-drm-for-delivering-premium-content-to-fast-service-platforms<br><br>***The joint solution offers a secure, seamless FAST platform that enables protected content delivery and new business models.***<br><br>**NEW YORK – April 16, 2024** – Amagi, the global leader in cloud-based SaaS technology for broadcast and connected TV, and Intertrust, the leading digital rights management (DRM) provider, today announced a joint solution that integrates Amagi's CLOUDPORT platform for streaming channels with Intertrust ExpressPlay DRM service. Protecting premium content with ExpressPlay DRM allows Amagi's customers to satisfy content owners' requirements and deliver premium content via the rapidly expanding sector of Free Ad-supported Streaming Television (FAST).<br><br>https://www.amagi.com/newsroom/amagi-integrates-intertrust-expressplay-drm-for-delivering-premium-content-to-fast-service-platforms |

Amagi's CLOUDPORT is a suite of cloud-based tools for broadcasters and content providers to bring FAST services to global markets. It enables seamless media ingest, comprehensive content management, scheduling, playout, caption support, advanced graphics insertion, and precise ad placement and monitoring, all accessible remotely via a web-based user interface. By integrating Intertrust ExpressPlay DRM, Amagi customers can ensure premium, linear and VOD content protection while accommodating the dynamic needs of service providers and advertisers for targeted ad insertion and effective monetization strategies.

https://www.amagi.com/newsroom/amagi-integrates-intertrust-expressplay-drm-for-delivering-premium-content-to-fast-service-platforms

Intertrust ExpressPlay

manage the content monetization while preventing media piracy and safeguarding the associated revenue, which is a critical requirement for both content providers and service operators.

So how can digital assets be protected? Though specifics may vary across different types of DRM, DRM technology works by combining *content encryption* with advanced *key management* and an associated *licensing policy* that grants access for end-user devices that meet the criteria required by the policy. Combining DRM with other tools such as forensic watermarking and anti-piracy services, offers an effective solution to secure content and revenue.

| | |
|---|---|
| | https://www.expressplay.com/products/faq/<br><br>**What is encrypted digital media?**<br><br>The first step in the process of content protection is to apply encryption to the payload. The content is encrypted during the packaging phase of the content preparation. Typically, the content packaging, for example for DASH-CENC or SAMPLE-AES, relies on AES encryption. An AES-128 bit key, known as the content encryption key, is used to encrypt the video and audio tracks. That is, nobody will be able to watch an encrypted file or program unless they also have access to the same key that was used to render the content unwatchable. The reverse process is called decryption, by applying the same key to restore the content to a clear (watchable) state.<br><br>https://www.expressplay.com/products/faq/<br><br>The ExpressPlay multi-DRM license delivery platform and secure key management service includes a rich API for managing encryption keys. The key service insulates ExpressPlay DRM customers from the complexities of managing content keys, while maintaining full control and ownership of the keys.<br><br>https://d1xyy3yiuu5xkq.cloudfront.net/wp-content/uploads/2021/01/09091633/ExpressPlay-Media-Security-Suite.pdf |

| | |
|---|---|
| | The technology has several key components:<br>1. **Content Encryption** - The content is encrypted using strong encryption technologies, such as AES 128, that require the playback device to obtain a decryption key in order to render the content. As the content is encrypted it can freely be distributed in the most efficient means possible (e.g. via CDNs with no authentication) without having to worry about unauthorized viewing.<br>*Source: ExpressPlay Tutorial*<br><br>Key Storage<br><br>ExpressPlay offers an optional secure online storage service for your content keys at no additional charge. The ExpressPlay Key Storage Service uses the Simple Key Management (SKM) API, a simple REST API that allows you to push/pull content keys to/from ExpressPlay. You can learn more about this open API for key management in the SKM API documentation. The documentation is not specific to the ExpressPlay service, so the url patterns are missing the base url. In the case of ExpressPlay, the url base should be as follows.<br>https://www.expressplay.com/developer/key-storage/<br><br>**What is the purpose of a Content Decryption Module (CDM)?**<br><br>The Content Decryption Module or CDM is responsible for the implementation of the DRM functionality, for decrypting the media buffer, and to verify and honor all the output obligations and usage rules carried in the DRM license.<br>https://www.expressplay.com/products/faq/ |

| | |
|---|---|
| | **DRM data flow**<br><br>**Background process: (At video production end)**<br><br>1. Content providers (video owners) transcode their video into multiple bitrates for better playback experience (adaptive bit rate playback). Encrypt all bit rate video segments with a 'Key' (Encryption is based on the standard for all DRM providers called 'CENC' — which is nothing but AES-128 CTR).<br>2. Upload the encrypted content into CDN.<br>3. Upload the 'Key' (KeyId +actual encryption Key) to the DRM license provider. KeyId is a public information used to retrieve the encryption key during playback.<br><br>https://medium.com/pensieve-in/how-video-drm-works-e84491fddc11 |

| | |
|---|---|
| | **Runtime process: (During playback in a player)**<br><br>1. Obtain the video manifest and video segments from the CDN<br>2. Extract the KeyId from the manifest (or from video segments sometimes)<br>3. Create the license request specific to the player/device<br>4. Send the license request to the license server<br>5. DRM License server send the License (with Key) to player/application<br>6. Player updates the license to CDM component<br>7. CDM extract the 'Key' from license file received from the server and use it to decrypt the video segments. Then decode the decrypted video segment<br>8. Plays the decoded video<br>https://medium.com/pensieve-in/how-video-drm-works-e84491fddc11 |

The runtime activities are typically handled with 2 main components

1. The player takes care of obtaining the movie, parsing the manifest, extracting the KeyId, making the requests to the DRM License Server
2. Another component called the CDM (Content Decryption Module) takes care of creating the license request, decrypting & decoding the content.

## CDM or Content Decryption Module

Every DRM provider provides a CDM with their own

1. algorithm for creating license request (using the KeyId, device, signing algorithm, etc.)

https://medium.com/pensieve-in/how-video-drm-works-e84491fddc11

As shown below, the encrypted content includes the keyID from the content provider.

STEP 2 - Package and encrypt your content into DASH format

- Always use the Bento4 tool MP4DASH to encrypt and package your content into DASH format.
- You can do by typing the following:

```
mp4dash --encryption-key=43215678123412341234123412341234:12341234123412341234123412341234 --
marlin big_buck_bunny.mf4
```

- Notice:
  - The command option –encryption-key indicates the content encryption key (CK) to use and it is followed by the key-id (KID) . In this case the value of the KID is equal to: 43215678123412341234123412341234 while the KEY is equal to: 12341234123412341234123412341234

| | |
|---|---|
| | https://www.expressplay.com/developer/getting-started/<br><br>As shown below, the player receives the encrypted content including the key ID (e.g., an instruct-to-enable signal) from the CDN and sends this key ID (e.g., an instruct-to-enable signal) in the license request to ExpressPlay, that returns the DRM license which includes the content decryption key needed by the user device (e.g., receiver station) for decryption and playback of the video content.<br><br><br><br>*Source: ExpressPlay Tutorial* |

| | |
|---|---|
| | 6. The application initializes the player with the LA_URL and starts playback<br>7. The player retrieves the encrypted content from the CDM and passes it to the media stack for decryption<br>8. The player retrieves the DRM license from ExpressPlay<br><br>*Source: ExpressPlay Tutorial* |
| determining a fashion in which said receiver station locates a first decryption key by processing said instruct-to-enable signal; | The accused instrumentality practices determining a fashion (e.g., fashion to retrieve key in the license response, etc.) in which said receiver station (e.g., user device enabled with the accused instrumentality) locates a first decryption key (e.g., DRM license decryption key) by processing said instruct-to-enable signal (e.g., a Key Identifier, etc.).<br><br>As shown below, the accused instrumentality uses the Intertrust ExpressPlay DRM service for live and VOD broadcasting on its user devices. ExpressPlay DRM provides digital content protection by encrypting the video content using encryption keys. The player of the accused instrumentality receives an encrypted video from the video source. When a player attempts to play a video, it detects that the content is encrypted using encryption keys. Each video is encrypted with an encryption key and includes a key ID, which is generated during encryption. The player detects this key ID associated with the video content and sends this key ID in the license request to the DRM server component to request the corresponding decryption key required for playback. The DRM server retrieves the decryption key and sends the DRM license response, including the decryption key, to the user (e.g., DRM user component), which is then used to decrypt the video for playback. |

| | |
|---|---|
| | amagi Why Amagi Solutions Offerings AI Resources Company Investors Support Contact Us<br>NEWSROOM<br>**Amagi Integrates Intertrust ExpressPlay DRM for Delivering Premium Content to FAST Service Platforms**<br>New York, April 16, 2024<br>Please<br>https://www.amagi.com/newsroom/amagi-integrates-intertrust-expressplay-drm-for-delivering-premium-content-to-fast-service-platforms<br><br>***The joint solution offers a secure, seamless FAST platform that enables protected content delivery and new business models.***<br>**NEW YORK – April 16, 2024** - Amagi, the global leader in cloud-based SaaS technology for broadcast and connected TV, and Intertrust, the leading digital rights management (DRM) provider, today announced a joint solution that integrates Amagi's CLOUDPORT platform for streaming channels with Intertrust ExpressPlay DRM service. Protecting premium content with ExpressPlay DRM allows Amagi's customers to satisfy content owners' requirements and deliver premium content via the rapidly expanding sector of Free Ad-supported Streaming Television (FAST).<br>https://www.amagi.com/newsroom/amagi-integrates-intertrust-expressplay-drm-for-delivering-premium-content-to-fast-service-platforms |

Amagi's CLOUDPORT is a suite of cloud-based tools for broadcasters and content providers to bring FAST services to global markets. It enables seamless media ingest, comprehensive content management, scheduling, playout, caption support, advanced graphics insertion, and precise ad placement and monitoring, all accessible remotely via a web-based user interface. By integrating Intertrust ExpressPlay DRM, Amagi customers can ensure premium, linear and VOD content protection while accommodating the dynamic needs of service providers and advertisers for targeted ad insertion and effective monetization strategies.

https://www.amagi.com/newsroom/amagi-integrates-intertrust-expressplay-drm-for-delivering-premium-content-to-fast-service-platforms

manage the content monetization while preventing media piracy and safeguarding the associated revenue, which is a critical requirement for both content providers and service operators.

So how can digital assets be protected? Though specifics may vary across different types of DRM, DRM technology works by combining *content encryption* with advanced *key management* and an associated *licensing policy* that grants access for end-user devices that meet the criteria required by the policy. Combining DRM with other tools such as forensic watermarking and anti-piracy services, offers an effective solution to secure content and revenue.

| | |
|---|---|
| | https://www.expressplay.com/products/faq/<br><br>**What is encrypted digital media?**<br><br>The first step in the process of content protection is to apply encryption to the payload. The content is encrypted during the packaging phase of the content preparation. Typically, the content packaging, for example for DASH-CENC or SAMPLE-AES, relies on AES encryption. An AES-128 bit key, known as the content encryption key, is used to encrypt the video and audio tracks. That is, nobody will be able to watch an encrypted file or program unless they also have access to the same key that was used to render the content unwatchable. The reverse process is called decryption, by applying the same key to restore the content to a clear (watchable) state.<br>https://www.expressplay.com/products/faq/<br><br>The ExpressPlay multi-DRM license delivery platform and secure key management service includes a rich API for managing encryption keys. The key service insulates ExpressPlay DRM customers from the complexities of managing content keys, while maintaining full control and ownership of the keys.<br>https://d1xyy3yiuu5xkq.cloudfront.net/wp-content/uploads/2021/01/09091633/ExpressPlay-Media-Security-Suite.pdf |

| | |
|---|---|
| | The content encryption keys need to be transmitted to the receiver in a secure fashion so that only authorized viewers can decrypt and watch the content. This is all part of the management of "pay-TV secrets" and usually referred to as key management. Beyond encryption keys there are several other keys that are used to protect other secrets such as the entitlement management message (EMM), which holds information regarding the channels or programs a viewer may watch, a.k.a. "channel line-up" in multi-channel pay-TV systems. All this is managed by the content security system with its license servers.<br>https://www.expressplay.com/products/faq/<br>**What is DRM license management and how does a typical DRM license mechanism work?**<br>When a viewer selects a program to watch, for example a movie that is protected by DRM, the user's media player will need DRM-specific licensing information in order to prepare the protected content for playback. Such information is managed and dispensed by a DRM license server, sometimes called a DRM license provider, and DRM license management is the foundation for secure OTT streaming.<br>So, what is a DRM license? A DRM license is typically a small file that contains the content decryption key (in encrypted form) along with some rules/policies defining how the content may be used. Typical rules set in a license define the output controls (for example HDCP requirements) and/or license validity period. Like the encrypted content, the DRM license can be delivered freely and openly as the key itself is encrypted and the entire file is signed preventing any<br>https://www.expressplay.com/products/faq/ |

| | |
|---|---|
| | The technology has several key components:<br>1. **Content Encryption** - The content is encrypted using strong encryption technologies, such as AES 128, that require the playback device to obtain a decryption key in order to render the content. As the content is encrypted it can freely be distributed in the most efficient means possible (e.g. via CDNs with no authentication) without having to worry about unauthorized viewing.<br>2. **DRM License** - A DRM license is typically a small file that contains the content decryption key (in encrypted form) along with some rules/policies on how the content is to be used. Typical rules set in a license define the output controls (e.g. HDCP requirements) and /or license validity period. Like the content itself, the license can be delivered freely and openly as the key itself is encrypted and the entire file is signed preventing any modifications to the specified rights.<br>*Source: ExpressPlay Tutorial*<br><br>Key Storage<br><br>ExpressPlay offers an optional secure online storage service for your content keys at no additional charge. The ExpressPlay Key Storage Service uses the Simple Key Management (SKM) API, a simple REST API that allows you to push/pull content keys to/from ExpressPlay. You can learn more about this open API for key management in the SKM API documentation. The documentation is not specific to the ExpressPlay service, so the url patterns are missing the base url. In the case of ExpressPlay, the url base should be as follows.<br>https://www.expressplay.com/developer/key-storage/ |

| | |
|---|---|
| | **What is the purpose of a Content Decryption Module (CDM)?**<br><br>The Content Decryption Module or CDM is responsible for the implementation of the DRM functionality, for decrypting the media buffer, and to verify and honor all the output obligations and usage rules carried in the DRM license.<br>https://www.expressplay.com/products/faq/ |

| | |
|---|---|
| | **DRM data flow**<br><br>**Background process: (At video production end)**<br><br>1. Content providers (video owners) transcode their video into multiple bitrates for better playback experience (adaptive bit rate playback). Encrypt all bit rate video segments with a 'Key' (Encryption is based on the standard for all DRM providers called 'CENC' — which is nothing but AES-128 CTR).<br>2. Upload the encrypted content into CDN.<br>3. Upload the 'Key' (KeyId +actual encryption Key) to the DRM license provider. KeyId is a public information used to retrieve the encryption key during playback.<br><br>https://medium.com/pensieve-in/how-video-drm-works-e84491fddc11 |

| | |
|---|---|
| | **Runtime process: (During playback in a player)**<br><br>1. Obtain the video manifest and video segments from the CDN<br>2. Extract the KeyId from the manifest (or from video segments sometimes)<br>3. Create the license request specific to the player/device<br>4. Send the license request to the license server<br>5. DRM License server send the License (with Key) to player/application<br>6. Player updates the license to CDM component<br>7. CDM extract the 'Key' from license file received from the server and use it to decrypt the video segments. Then decode the decrypted video segment<br>8. Plays the decoded video<br>https://medium.com/pensieve-in/how-video-drm-works-e84491fddc11 |

The runtime activities are typically handled with 2 main components

1. The player takes care of obtaining the movie, parsing the manifest, extracting the KeyId, making the requests to the DRM License Server
2. Another component called the CDM (Content Decryption Module) takes care of creating the license request, decrypting & decoding the content.

## CDM or Content Decryption Module

Every DRM provider provides a CDM with their own

1. algorithm for creating license request (using the KeyId, device, signing algorithm, etc.)

https://medium.com/pensieve-in/how-video-drm-works-e84491fddc11

As shown below, the encrypted content includes the keyID from the content provider.

STEP 2 - Package and encrypt your content into DASH format

- Always use the Bento4 tool MP4DASH to encrypt and package your content into DASH format.
- You can do by typing the following:

```
mp4dash --encryption-key=43215678123412341234123412341234:12341234123412341234123412341234 --
marlin big_buck_bunny.mf4
```

- Notice:
  - The command option –encryption-key indicates the content encryption key (CK) to use and it is followed by the key-id (KID) . In this case the value of the KID is equal to: 43215678123412341234123412341234 while the KEY is equal to: 12341234123412341234123412341234

| | |
|---|---|
| | https://www.expressplay.com/developer/getting-started/<br><br>As shown below, the player receives the encrypted content (e.g., encrypted digital information) including the key ID (e.g., an instruct-to-enable signal) from the CDN and sends this key ID (e.g., an instruct-to-enable signal) in the license request to ExpressPlay, that returns the DRM license which includes the content decryption key needed by the user device (e.g., receiver station) for decryption and playback of the video content.<br><br><br><br>*Source: ExpressPlay Tutorial* |

| | |
|---|---|
| | The standard license acquisition workflow with ExpressPlay involves the following steps:<br><br>1. The application signals to the Over the top (OTT) service that it needs a license for a specific content element<br>2. The OTT service verifies that the request came from an authorized user and determines whether the user is allowed to view the content, if not it will reject the license request<br>3. The OTT service calls the ExpressPlay service, passing the content decryption key and the desired permissions<br><br>*Source: ExpressPlay Tutorial*<br><br>6. The application initializes the player with the LA_URL and starts playback<br>7. The player retrieves the encrypted content from the CDM and passes it to the media stack for decryption<br>8. The player retrieves the DRM license from ExpressPlay<br><br>*Source: ExpressPlay Tutorial* |
| locating said first decryption key based on said step of determining; | The accused instrumentality practices locating (e.g., locating decryption key in DRM server database using Key Identifier, etc.) said first decryption key (e.g., DRM license decryption key) based on said step of determining.<br><br>As shown below, the accused instrumentality uses the Intertrust ExpressPlay DRM service for live and VOD broadcasting on its user devices. ExpressPlay DRM provides digital content protection by encrypting the video content using encryption keys. The player of the accused instrumentality receives an encrypted video from the video source. When a player attempts to play a video, it detects that the content is encrypted using encryption keys. Each video is encrypted with an encryption key and includes a key ID, which is |

generated during encryption. The player detects this key ID associated with the video content and sends this key ID in the license request to the DRM server component to request the corresponding decryption key required for playback. The DRM server retrieves the decryption key and sends the DRM license response, including the decryption key, to the user (e.g., DRM user component), which is then used to decrypt the video for playback.




https://www.amagi.com/newsroom/amagi-integrates-intertrust-expressplay-drm-for-delivering-premium-content-to-fast-service-platforms

| | |
|---|---|
| | ***The joint solution offers a secure, seamless FAST platform that enables protected content delivery and new business models.*** <br><br> **NEW YORK – April 16, 2024** - Amagi, the global leader in cloud-based SaaS technology for broadcast and connected TV, and Intertrust, the leading digital rights management (DRM) provider, today announced a joint solution that integrates Amagi's CLOUDPORT platform for streaming channels with Intertrust ExpressPlay DRM service. Protecting premium content with ExpressPlay DRM allows Amagi's customers to satisfy content owners' requirements and deliver premium content via the rapidly expanding sector of Free Ad-supported Streaming Television (FAST). <br> https://www.amagi.com/newsroom/amagi-integrates-intertrust-expressplay-drm-for-delivering-premium-content-to-fast-service-platforms <br><br> Amagi's CLOUDPORT is a suite of cloud-based tools for broadcasters and content providers to bring FAST services to global markets. It enables seamless media ingest, comprehensive content management, scheduling, playout, caption support, advanced graphics insertion, and precise ad placement and monitoring, all accessible remotely via a web-based user interface. By integrating Intertrust ExpressPlay DRM, Amagi customers can ensure premium, linear and VOD content protection while accommodating the dynamic needs of service providers and advertisers for targeted ad insertion and effective monetization strategies. <br> https://www.amagi.com/newsroom/amagi-integrates-intertrust-expressplay-drm-for- |

| | |
|---|---|
| | delivering-premium-content-to-fast-service-platforms<br><br>Intertrust ExpressPlay<br>manage the content monetization while preventing media piracy and safeguarding the associated revenue, which is a critical requirement for both content providers and service operators.<br><br>So how can digital assets be protected? Though specifics may vary across different types of DRM, DRM technology works by combining *content encryption* with advanced *key management* and an associated *licensing policy* that grants access for end-user devices that meet the criteria required by the policy. Combining DRM with other tools such as forensic watermarking and anti-piracy services, offers an effective solution to secure content and revenue.<br><br>https://www.expressplay.com/products/faq/ |

| | |
|---|---|
| | **What is encrypted digital media?**<br><br>The first step in the process of content protection is to apply encryption to the payload. The content is encrypted during the packaging phase of the content preparation. Typically, the content packaging, for example for DASH-CENC or SAMPLE-AES, relies on AES encryption. An AES-128 bit key, known as the content encryption key, is used to encrypt the video and audio tracks. That is, nobody will be able to watch an encrypted file or program unless they also have access to the same key that was used to render the content unwatchable. The reverse process is called decryption, by applying the same key to restore the content to a clear (watchable) state.<br>https://www.expressplay.com/products/faq/<br><br>The ExpressPlay multi-DRM license delivery platform and secure key management service includes a rich API for managing encryption keys. The key service insulates ExpressPlay DRM customers from the complexities of managing content keys, while maintaining full control and ownership of the keys.<br>https://d1xyy3yiuu5xkq.cloudfront.net/wp-content/uploads/2021/01/09091633/ExpressPlay-Media-Security-Suite.pdf |

The content encryption keys need to be transmitted to the receiver in a secure fashion so that only authorized viewers can decrypt and watch the content. This is all part of the management of "pay-TV secrets" and usually referred to as key management. Beyond encryption keys there are several other keys that are used to protect other secrets such as the entitlement management message (EMM), which holds information regarding the channels or programs a viewer may watch, a.k.a. "channel line-up" in multi-channel pay-TV systems. All this is managed by the content security system with its license servers.

https://www.expressplay.com/products/faq/

**What is DRM license management and how does a typical DRM license mechanism work?**

When a viewer selects a program to watch, for example a movie that is protected by DRM, the user's media player will need DRM-specific licensing information in order to prepare the protected content for playback. Such information is managed and dispensed by a DRM license server, sometimes called a DRM license provider, and DRM license management is the foundation for secure OTT streaming.

So, what is a DRM license? A DRM license is typically a small file that contains the content decryption key (in encrypted form) along with some rules/policies defining how the content may be used. Typical rules set in a license define the output controls (for example HDCP requirements) and/or license validity period. Like the encrypted content, the DRM license can be delivered freely and openly as the key itself is encrypted and the entire file is signed preventing any

https://www.expressplay.com/products/faq/

| | |
|---|---|
| | The technology has several key components:<br>1. **Content Encryption** - The content is encrypted using strong encryption technologies, such as AES 128, that require the playback device to obtain a decryption key in order to render the content. As the content is encrypted it can freely be distributed in the most efficient means possible (e.g. via CDNs with no authentication) without having to worry about unauthorized viewing.<br>2. **DRM License** - A DRM license is typically a small file that contains the content decryption key (in encrypted form) along with some rules/policies on how the content is to be used. Typical rules set in a license define the output controls (e.g. HDCP requirements) and /or license validity period. Like the content itself, the license can be delivered freely and openly as the key itself is encrypted and the entire file is signed preventing any modifications to the specified rights.<br>*Source: ExpressPlay Tutorial*<br><br>Key Storage<br><br>ExpressPlay offers an optional secure online storage service for your content keys at no additional charge. The ExpressPlay Key Storage Service uses the Simple Key Management (SKM) API, a simple REST API that allows you to push/pull content keys to/from ExpressPlay. You can learn more about this open API for key management in the SKM API documentation. The documentation is not specific to the ExpressPlay service, so the url patterns are missing the base url. In the case of ExpressPlay, the url base should be as follows.<br>https://www.expressplay.com/developer/key-storage/ |

| | |
|---|---|
| | **What is the purpose of a Content Decryption Module (CDM)?**<br><br>The Content Decryption Module or CDM is responsible for the implementation of the DRM functionality, for decrypting the media buffer, and to verify and honor all the output obligations and usage rules carried in the DRM license.<br>https://www.expressplay.com/products/faq/ |

| | |
|---|---|
| | **DRM data flow**<br><br>**Background process: (At video production end)**<br><br>1. Content providers (video owners) transcode their video into multiple bitrates for better playback experience (adaptive bit rate playback). Encrypt all bit rate video segments with a 'Key' (Encryption is based on the standard for all DRM providers called 'CENC' — which is nothing but AES-128 CTR).<br>2. Upload the encrypted content into CDN.<br>3. Upload the 'Key' (KeyId +actual encryption Key) to the DRM license provider. KeyId is a public information used to retrieve the encryption key during playback.<br><br>https://medium.com/pensieve-in/how-video-drm-works-e84491fddc11 |

| | |
|---|---|
| | **Runtime process: (During playback in a player)**<br><br>1. Obtain the video manifest and video segments from the CDN<br>2. Extract the KeyId from the manifest (or from video segments sometimes)<br>3. Create the license request specific to the player/device<br>4. Send the license request to the license server<br>5. DRM License server send the License (with Key) to player/application<br>6. Player updates the license to CDM component<br>7. CDM extract the 'Key' from license file received from the server and use it to decrypt the video segments. Then decode the decrypted video segment<br>8. Plays the decoded video<br>https://medium.com/pensieve-in/how-video-drm-works-e84491fddc11 |

The runtime activities are typically handled with 2 main components

1. The player takes care of obtaining the movie, parsing the manifest, extracting the KeyId, making the requests to the DRM License Server
2. Another component called the CDM (Content Decryption Module) takes care of creating the license request, decrypting & decoding the content.

## CDM or Content Decryption Module

Every DRM provider provides a CDM with their own

1. algorithm for creating license request (using the KeyId, device, signing algorithm, etc.)

https://medium.com/pensieve-in/how-video-drm-works-e84491fddc11

As shown below, the encrypted content includes the keyID from the content provider.

STEP 2 - Package and encrypt your content into DASH format

- Always use the Bento4 tool MP4DASH to encrypt and package your content into DASH format.
- You can do by typing the following:

```
mp4dash --encryption-key=43215678123412341234123412341234:12341234123412341234123412341234 --
marlin big_buck_bunny.mf4
```

- Notice:
  - The command option –encryption-key indicates the content encryption key (CK) to use and it is followed by the key-id (KID) . In this case the value of the KID is equal to: 43215678123412341234123412341234 while the KEY is equal to: 12341234123412341234123412341234

| | |
|---|---|
| | https://www.expressplay.com/developer/getting-started/<br><br>As shown below, the player receives the encrypted content (e.g., encrypted digital information) including the key ID from the CDN and sends this key ID in the license request to ExpressPlay, that returns the DRM license which includes the content decryption key (e.g., first decryption key) needed by the user device (e.g., receiver station) for decryption and playback of the video content.<br><br><br><br>*Source: ExpressPlay Tutorial* |

| | |
|---|---|
| | The standard license acquisition workflow with ExpressPlay involves the following steps:<br><br>1. The application signals to the Over the top (OTT) service that it needs a license for a specific content element<br>2. The OTT service verifies that the request came from an authorized user and determines whether the user is allowed to view the content, if not it will reject the license request<br>3. The OTT service calls the ExpressPlay service, passing the content decryption key and the desired permissions<br><br>*Source: ExpressPlay Tutorial*<br><br>6. The application initializes the player with the LA_URL and starts playback<br>7. The player retrieves the encrypted content from the CDM and passes it to the media stack for decryption<br>8. The player retrieves the DRM license from ExpressPlay<br><br>*Source: ExpressPlay Tutorial* |

| | |
|---|---|
| | <br><br>https://www.expressplay.com/developer/key-storage/ |
| decrypting said encrypted information using said first decryption key; and | The accused instrumentality practices decrypting said encrypted information (e.g., encrypted video) using said first decryption key (e.g., DRM license decryption key).<br><br>As shown below, the accused instrumentality uses the Intertrust ExpressPlay DRM service for live and VOD broadcasting on its user devices. ExpressPlay DRM provides digital content protection by encrypting the video content using encryption keys. The player of the accused instrumentality receives an encrypted video from the video source. When a player attempts to play a video, it detects that the content is encrypted using encryption keys. Each video is encrypted with an encryption key and includes a key ID, which is generated during encryption. The player detects this key ID associated with the video |

content and sends this key ID in the license request to the DRM server component to request the corresponding decryption key required for playback. The DRM server retrieves the decryption key and sends the DRM license response, including the decryption key, to the user (e.g., DRM user component), which is then used to decrypt the video for playback.




https://www.amagi.com/newsroom/amagi-integrates-intertrust-expressplay-drm-for-delivering-premium-content-to-fast-service-platforms

| | |
|---|---|
| | ***The joint solution offers a secure, seamless FAST platform that enables protected content delivery and new business models.***<br><br>**NEW YORK – April 16, 2024** – Amagi, the global leader in cloud-based SaaS technology for broadcast and connected TV, and Intertrust, the leading digital rights management (DRM) provider, today announced a joint solution that integrates Amagi's CLOUDPORT platform for streaming channels with Intertrust ExpressPlay DRM service. Protecting premium content with ExpressPlay DRM allows Amagi's customers to satisfy content owners' requirements and deliver premium content via the rapidly expanding sector of Free Ad-supported Streaming Television (FAST).<br>https://www.amagi.com/newsroom/amagi-integrates-intertrust-expressplay-drm-for-delivering-premium-content-to-fast-service-platforms<br><br>Amagi's CLOUDPORT is a suite of cloud-based tools for broadcasters and content providers to bring FAST services to global markets. It enables seamless media ingest, comprehensive content management, scheduling, playout, caption support, advanced graphics insertion, and precise ad placement and monitoring, all accessible remotely via a web-based user interface. By integrating Intertrust ExpressPlay DRM, Amagi customers can ensure premium, linear and VOD content protection while accommodating the dynamic needs of service providers and advertisers for targeted ad insertion and effective monetization strategies.<br>https://www.amagi.com/newsroom/amagi-integrates-intertrust-expressplay-drm-for- |

| | |
|---|---|
| | delivering-premium-content-to-fast-service-platforms<br><br>Intertrust ExpressPlay<br><br>manage the content monetization while preventing media piracy and safeguarding the associated revenue, which is a critical requirement for both content providers and service operators.<br><br>So how can digital assets be protected? Though specifics may vary across different types of DRM, DRM technology works by combining *content encryption* with advanced *key management* and an associated *licensing policy* that grants access for end-user devices that meet the criteria required by the policy. Combining DRM with other tools such as forensic watermarking and anti-piracy services, offers an effective solution to secure content and revenue.<br><br>https://www.expressplay.com/products/faq/ |

| | |
|---|---|
| | **What is encrypted digital media?**<br><br>The first step in the process of content protection is to apply encryption to the payload. The content is encrypted during the packaging phase of the content preparation. Typically, the content packaging, for example for DASH-CENC or SAMPLE-AES, relies on AES encryption. An AES-128 bit key, known as the content encryption key, is used to encrypt the video and audio tracks. That is, nobody will be able to watch an encrypted file or program unless they also have access to the same key that was used to render the content unwatchable. The reverse process is called decryption, by applying the same key to restore the content to a clear (watchable) state.<br>https://www.expressplay.com/products/faq/<br><br>The ExpressPlay multi-DRM license delivery platform and secure key management service includes a rich API for managing encryption keys. The key service insulates ExpressPlay DRM customers from the complexities of managing content keys, while maintaining full control and ownership of the keys.<br>https://d1xyy3yiuu5xkq.cloudfront.net/wp-content/uploads/2021/01/09091633/ExpressPlay-Media-Security-Suite.pdf |

| | |
|---|---|
| | The content encryption keys need to be transmitted to the receiver in a secure fashion so that only authorized viewers can decrypt and watch the content. This is all part of the management of "pay-TV secrets" and usually referred to as key management. Beyond encryption keys there are several other keys that are used to protect other secrets such as the entitlement management message (EMM), which holds information regarding the channels or programs a viewer may watch, a.k.a. "channel line-up" in multi-channel pay-TV systems. All this is managed by the content security system with its license servers.<br><br>https://www.expressplay.com/products/faq/<br><br>**What is DRM license management and how does a typical DRM license mechanism work?**<br><br>When a viewer selects a program to watch, for example a movie that is protected by DRM, the user's media player will need DRM-specific licensing information in order to prepare the protected content for playback. Such information is managed and dispensed by a DRM license server, sometimes called a DRM license provider, and DRM license management is the foundation for secure OTT streaming.<br><br>So, what is a DRM license? A DRM license is typically a small file that contains the content decryption key (in encrypted form) along with some rules/policies defining how the content may be used. Typical rules set in a license define the output controls (for example HDCP requirements) and/or license validity period. Like the encrypted content, the DRM license can be delivered freely and openly as the key itself is encrypted and the entire file is signed preventing any<br><br>https://www.expressplay.com/products/faq/ |

| | |
|---|---|
| | The technology has several key components:<br>1. **Content Encryption** - The content is encrypted using strong encryption technologies, such as AES 128, that require the playback device to obtain a decryption key in order to render the content. As the content is encrypted it can freely be distributed in the most efficient means possible (e.g. via CDNs with no authentication) without having to worry about unauthorized viewing.<br>2. **DRM License** - A DRM license is typically a small file that contains the content decryption key (in encrypted form) along with some rules/policies on how the content is to be used. Typical rules set in a license define the output controls (e.g. HDCP requirements) and /or license validity period. Like the content itself, the license can be delivered freely and openly as the key itself is encrypted and the entire file is signed preventing any modifications to the specified rights.<br>*Source: ExpressPlay Tutorial*<br><br>Key Storage<br><br>ExpressPlay offers an optional secure online storage service for your content keys at no additional charge. The ExpressPlay Key Storage Service uses the Simple Key Management (SKM) API, a simple REST API that allows you to push/pull content keys to/from ExpressPlay. You can learn more about this open API for key management in the SKM API documentation. The documentation is not specific to the ExpressPlay service, so the url patterns are missing the base url. In the case of ExpressPlay, the url base should be as follows.<br>https://www.expressplay.com/developer/key-storage/ |

| | |
|---|---|
| | **What is the purpose of a Content Decryption Module (CDM)?**<br><br>The Content Decryption Module or CDM is responsible for the implementation of the DRM functionality, for decrypting the media buffer, and to verify and honor all the output obligations and usage rules carried in the DRM license.<br>https://www.expressplay.com/products/faq/ |

| | |
|---|---|
| | **DRM data flow**<br><br>**Background process: (At video production end)**<br><br>1. Content providers (video owners) transcode their video into multiple bitrates for better playback experience (adaptive bit rate playback). Encrypt all bit rate video segments with a 'Key' (Encryption is based on the standard for all DRM providers called 'CENC' — which is nothing but AES-128 CTR).<br>2. Upload the encrypted content into CDN.<br>3. Upload the 'Key' (KeyId +actual encryption Key) to the DRM license provider. KeyId is a public information used to retrieve the encryption key during playback.<br><br>https://medium.com/pensieve-in/how-video-drm-works-e84491fddc11 |

| | |
|---|---|
| | **Runtime process: (During playback in a player)**<br><br>1. Obtain the video manifest and video segments from the CDN<br>2. Extract the KeyId from the manifest (or from video segments sometimes)<br>3. Create the license request specific to the player/device<br>4. Send the license request to the license server<br>5. DRM License server send the License (with Key) to player/application<br>6. Player updates the license to CDM component<br>7. CDM extract the 'Key' from license file received from the server and use it to decrypt the video segments. Then decode the decrypted video segment<br>8. Plays the decoded video<br><br>https://medium.com/pensieve-in/how-video-drm-works-e84491fddc11 |

The runtime activities are typically handled with 2 main components

1. The player takes care of obtaining the movie, parsing the manifest, extracting the KeyId, making the requests to the DRM License Server
2. Another component called the CDM (Content Decryption Module) takes care of creating the license request, decrypting & decoding the content.

## CDM or Content Decryption Module

Every DRM provider provides a CDM with their own

1. algorithm for creating license request (using the KeyId, device, signing algorithm, etc.)

https://medium.com/pensieve-in/how-video-drm-works-e84491fddc11

As shown below, the encrypted content includes the keyID from the content provider.

STEP 2 - Package and encrypt your content into DASH format

- Always use the Bento4 tool MP4DASH to encrypt and package your content into DASH format.
- You can do by typing the following:

```
mp4dash --encryption-key=43215678123412341234123412341234:12341234123412341234123412341234 --
marlin big_buck_bunny.mf4
```

- Notice:
  - The command option –encryption-key indicates the content encryption key (CK) to use and it is followed by the key-id (KID) . In this case the value of the KID is equal to: 43215678123412341234123412341234 while the KEY is equal to: 12341234123412341234123412341234

| | |
|---|---|
| | https://www.expressplay.com/developer/getting-started/<br><br>As shown below, the player receives the encrypted content (e.g., encrypted information) including the key ID from the CDN and sends this key ID in the license request to ExpressPlay, that returns the DRM license which includes the content decryption key (e.g., first decryption key) needed by the user device (e.g., receiver station) for decryption and playback of the video content.<br><br><br><br>*Source: ExpressPlay Tutorial* |

| | |
|---|---|
| | The standard license acquisition workflow with ExpressPlay involves the following steps:<br><br>1. The application signals to the Over the top (OTT) service that it needs a license for a specific content element<br>2. The OTT service verifies that the request came from an authorized user and determines whether the user is allowed to view the content, if not it will reject the license request<br>3. The OTT service calls the ExpressPlay service, passing the content decryption key and the desired permissions<br><br>*Source: ExpressPlay Tutorial*<br><br>6. The application initializes the player with the LA_URL and starts playback<br>7. The player retrieves the encrypted content from the CDM and passes it to the media stack for decryption<br>8. The player retrieves the DRM license from ExpressPlay<br><br>*Source: ExpressPlay Tutorial* |
| outputting said programming based on said step of decrypting. | The accused instrumentality practices outputting (e.g., displaying and playing on a user device) said programming (e.g., encrypted video data) based on said step of decrypting (e.g., decrypting video data).<br><br>As shown below, the accused instrumentality uses the Intertrust ExpressPlay DRM service for live and VOD broadcasting on its user devices. ExpressPlay DRM provides digital content protection by encrypting the video content using encryption keys. The player of the accused instrumentality receives an encrypted video from the video source. When a player attempts to play a video, it detects that the content is encrypted using encryption keys. Each video is encrypted with an encryption key and includes a key ID, which is generated during encryption. The player detects this key ID associated with the video |

content and sends this key ID in the license request to the DRM server component to request the corresponding decryption key required for playback. The DRM server retrieves the decryption key and sends the DRM license response, including the decryption key, to the user (e.g., DRM user component), which is then used to decrypt the video for playback.




https://www.amagi.com/newsroom/amagi-integrates-intertrust-expressplay-drm-for-delivering-premium-content-to-fast-service-platforms

| | |
|---|---|
| | ***The joint solution offers a secure, seamless FAST platform that enables protected content delivery and new business models.*** <br><br> **NEW YORK – April 16, 2024** - Amagi, the global leader in cloud-based SaaS technology for broadcast and connected TV, and Intertrust, the leading digital rights management (DRM) provider, today announced a joint solution that integrates Amagi's CLOUDPORT platform for streaming channels with Intertrust ExpressPlay DRM service. Protecting premium content with ExpressPlay DRM allows Amagi's customers to satisfy content owners' requirements and deliver premium content via the rapidly expanding sector of Free Ad-supported Streaming Television (FAST). <br> https://www.amagi.com/newsroom/amagi-integrates-intertrust-expressplay-drm-for-delivering-premium-content-to-fast-service-platforms <br><br> Amagi's CLOUDPORT is a suite of cloud-based tools for broadcasters and content providers to bring FAST services to global markets. It enables seamless media ingest, comprehensive content management, scheduling, playout, caption support, advanced graphics insertion, and precise ad placement and monitoring, all accessible remotely via a web-based user interface. By integrating Intertrust ExpressPlay DRM, Amagi customers can ensure premium, linear and VOD content protection while accommodating the dynamic needs of service providers and advertisers for targeted ad insertion and effective monetization strategies. <br> https://www.amagi.com/newsroom/amagi-integrates-intertrust-expressplay-drm-for- |

delivering-premium-content-to-fast-service-platforms

manage the content monetization while preventing media piracy and safeguarding the associated revenue, which is a critical requirement for both content providers and service operators.

So how can digital assets be protected? Though specifics may vary across different types of DRM, DRM technology works by combining *content encryption* with advanced *key management* and an associated *licensing policy* that grants access for end-user devices that meet the criteria required by the policy. Combining DRM with other tools such as forensic watermarking and anti-piracy services, offers an effective solution to secure content and revenue.

https://www.expressplay.com/products/faq/

| | |
|---|---|
| | **What is encrypted digital media?**<br><br>The first step in the process of content protection is to apply encryption to the payload. The content is encrypted during the packaging phase of the content preparation. Typically, the content packaging, for example for DASH-CENC or SAMPLE-AES, relies on AES encryption. An AES-128 bit key, known as the content encryption key, is used to encrypt the video and audio tracks. That is, nobody will be able to watch an encrypted file or program unless they also have access to the same key that was used to render the content unwatchable. The reverse process is called decryption, by applying the same key to restore the content to a clear (watchable) state.<br>https://www.expressplay.com/products/faq/<br><br>The ExpressPlay multi-DRM license delivery platform and secure key management service includes a rich API for managing encryption keys. The key service insulates ExpressPlay DRM customers from the complexities of managing content keys, while maintaining full control and ownership of the keys.<br>https://d1xyy3yiuu5xkq.cloudfront.net/wp-content/uploads/2021/01/09091633/ExpressPlay-Media-Security-Suite.pdf |

| | |
|---|---|
| | The content encryption keys need to be transmitted to the receiver in a secure fashion so that only authorized viewers can decrypt and watch the content. This is all part of the management of "pay-TV secrets" and usually referred to as key management. Beyond encryption keys there are several other keys that are used to protect other secrets such as the entitlement management message (EMM), which holds information regarding the channels or programs a viewer may watch, a.k.a. "channel line-up" in multi-channel pay-TV systems. All this is managed by the content security system with its license servers.<br><br>https://www.expressplay.com/products/faq/<br><br>**What is DRM license management and how does a typical DRM license mechanism work?**<br><br>When a viewer selects a program to watch, for example a movie that is protected by DRM, the user's media player will need DRM-specific licensing information in order to prepare the protected content for playback. Such information is managed and dispensed by a DRM license server, sometimes called a DRM license provider, and DRM license management is the foundation for secure OTT streaming.<br><br>So, what is a DRM license? A DRM license is typically a small file that contains the content decryption key (in encrypted form) along with some rules/policies defining how the content may be used. Typical rules set in a license define the output controls (for example HDCP requirements) and/or license validity period. Like the encrypted content, the DRM license can be delivered freely and openly as the key itself is encrypted and the entire file is signed preventing any<br><br>https://www.expressplay.com/products/faq/ |

| | |
|---|---|
| | The technology has several key components:<br>1. **Content Encryption** - The content is encrypted using strong encryption technologies, such as AES 128, that require the playback device to obtain a decryption key in order to render the content. As the content is encrypted it can freely be distributed in the most efficient means possible (e.g. via CDNs with no authentication) without having to worry about unauthorized viewing.<br>2. **DRM License** - A DRM license is typically a small file that contains the content decryption key (in encrypted form) along with some rules/policies on how the content is to be used. Typical rules set in a license define the output controls (e.g. HDCP requirements) and /or license validity period. Like the content itself, the license can be delivered freely and openly as the key itself is encrypted and the entire file is signed preventing any modifications to the specified rights.<br>*Source: ExpressPlay Tutorial*<br><br>Key Storage<br><br>ExpressPlay offers an optional secure online storage service for your content keys at no additional charge. The ExpressPlay Key Storage Service uses the Simple Key Management (SKM) API, a simple REST API that allows you to push/pull content keys to/from ExpressPlay. You can learn more about this open API for key management in the SKM API documentation. The documentation is not specific to the ExpressPlay service, so the url patterns are missing the base url. In the case of ExpressPlay, the url base should be as follows.<br>https://www.expressplay.com/developer/key-storage/ |

| | |
|---|---|
| | **What is the purpose of a Content Decryption Module (CDM)?**<br><br>The Content Decryption Module or CDM is responsible for the implementation of the DRM functionality, for decrypting the media buffer, and to verify and honor all the output obligations and usage rules carried in the DRM license.<br>https://www.expressplay.com/products/faq/ |

| | |
|---|---|
| | **DRM data flow**<br><br>**Background process: (At video production end)**<br><br>1. Content providers (video owners) transcode their video into multiple bitrates for better playback experience (adaptive bit rate playback). Encrypt all bit rate video segments with a 'Key' (Encryption is based on the standard for all DRM providers called 'CENC' — which is nothing but AES-128 CTR).<br>2. Upload the encrypted content into CDN.<br>3. Upload the 'Key' (KeyId +actual encryption Key) to the DRM license provider. KeyId is a public information used to retrieve the encryption key during playback.<br><br>https://medium.com/pensieve-in/how-video-drm-works-e84491fddc11 |

| | |
|---|---|
| | **Runtime process: (During playback in a player)**<br><br>1. Obtain the video manifest and video segments from the CDN<br>2. Extract the KeyId from the manifest (or from video segments sometimes)<br>3. Create the license request specific to the player/device<br>4. Send the license request to the license server<br>5. DRM License server send the License (with Key) to player/application<br>6. Player updates the license to CDM component<br>7. CDM extract the 'Key' from license file received from the server and use it to decrypt the video segments. Then decode the decrypted video segment<br>8. Plays the decoded video<br><br>https://medium.com/pensieve-in/how-video-drm-works-e84491fddc11 |

The runtime activities are typically handled with 2 main components

1. The player takes care of obtaining the movie, parsing the manifest, extracting the KeyId, making the requests to the DRM License Server
2. Another component called the CDM (Content Decryption Module) takes care of creating the license request, decrypting & decoding the content.

### CDM or Content Decryption Module

Every DRM provider provides a CDM with their own

1. algorithm for creating license request (using the KeyId, device, signing algorithm, etc.)

https://medium.com/pensieve-in/how-video-drm-works-e84491fddc11

As shown below, the encrypted content includes the keyID from the content provider.

STEP 2 - Package and encrypt your content into DASH format

- Always use the Bento4 tool MP4DASH to encrypt and package your content into DASH format.
- You can do by typing the following:

```
mp4dash --encryption-key=43215678123412341234123412341234:12341234123412341234123412341234 --
marlin big_buck_bunny.mf4
```

- Notice:
  - The command option –encryption-key indicates the content encryption key (CK) to use and it is followed by the key-id (KID) . In this case the value of the KID is equal to: 43215678123412341234123412341234 while the KEY is equal to: 12341234123412341234123412341234

| | |
|---|---|
| | https://www.expressplay.com/developer/getting-started/<br><br>As shown below, the player receives the encrypted content including the key ID from the CDN and sends this key ID in the license request to ExpressPlay, that returns the DRM license which includes the content decryption key (e.g., first decryption key) needed by the user device (e.g., receiver station) for decryption and playback of the video content (e.g., programming).<br><br><br><br>*Source: ExpressPlay Tutorial* |

| | |
|---|---|
| | The standard license acquisition workflow with ExpressPlay involves the following steps:<br><br>1. The application signals to the Over the top (OTT) service that it needs a license for a specific content element<br>2. The OTT service verifies that the request came from an authorized user and determines whether the user is allowed to view the content, if not it will reject the license request<br>3. The OTT service calls the ExpressPlay service, passing the content decryption key and the desired permissions<br><br>*Source: ExpressPlay Tutorial*<br><br>6. The application initializes the player with the LA_URL and starts playback<br>7. The player retrieves the encrypted content from the CDM and passes it to the media stack for decryption<br>8. The player retrieves the DRM license from ExpressPlay<br><br>*Source: ExpressPlay Tutorial* |