# Exhibit 5

| USRE47642E1 | Amagi Cloudport ("The accused instrumentality") |
|---|---|
| 22. A method of providing digital enabling information to a receiver station from a first remote source, said digital enabling information for use at the receiver station in decrypting a mass medium program presentation, said method comprising the steps of: | The accused instrumentality practices a method of providing digital enabling information (e.g., DRM license decryption key) to a receiver station (e.g., user device enabled with the accused instrumentality) from a first remote source (e.g., DRM server component), said digital enabling information (e.g., DRM license decryption key) for use at the receiver station (e.g., user device enabled with the accused instrumentality) in decrypting a mass medium program presentation (e.g., decrypting video).<br><br>As shown below, the accused instrumentality uses the Intertrust ExpressPlay DRM service for live and VOD broadcasting on its user devices. ExpressPlay DRM provides digital content protection by encrypting the video content using encryption keys. The player of the accused instrumentality receives an encrypted video from the video source. When a player attempts to play a video, it detects that the content is encrypted using encryption keys. Each video is encrypted with an encryption key that is generated during encryption, and the key is further stored in the DRM server. The player sends the license request to the DRM license server to request the corresponding decryption key required for playback. The DRM license server retrieves the decryption key and sends the license response including the decryption key to the user device. The decryption key is stored by the user device and then used to decrypt the video for playback and display it to the user. |

amagi Why Amagi Solutions Offerings AI Resources Company Investors Support Contact Us

Amagi CLOUDPORT is a cloud-based broadcast operations platform that allows television networks and content owners to replace traditional, hardware-intensive playout systems with a modern, software-defined environment.

Amagi CLOUDPORT supports media ingest, scheduling, graphics, and live controls, enabling remote operation and centralized management of global channels. It integrates with legacy systems such as media asset management, electronic program guides and ad scheduling systems, and offers role-based workflows, redundancy and support for hybrid or air-gapped media environments. Amagi CLOUDPORT offers cost efficiency, enterprise-grade reliability, and seamless integration into existing broadcast workflows, helping customers reduce capital expenditure while improving operational flexibility.

https://www.amagi.com/products/cloudport-cloud-playout

es Company Investors Support Contact Us

Amagi CLOUDPORT supports media ingest, scheduling, graphics, and live controls, enabling remote operation and centralized management of global channels. It integrates with legacy systems such as media asset management, electronic program guides and ad scheduling systems, and offers role-based workflows, redundancy and support for hybrid or air-gapped media environments. Amagi CLOUDPORT offers cost efficiency, enterprise-grade reliability, and seamless integration into existing broadcast workflows, helping customers reduce capital expenditure while improving operational flexibility.

https://www.amagi.com/products/cloudport-cloud-playout

amagi Why Amagi Solutions Offerings AI Resources Company Investors Support Contact Us

NEWSROOM

# Amagi Integrates Intertrust ExpressPlay DRM for Delivering Premium Content to FAST Service Platforms

New York, April 16, 2024

Please

https://www.amagi.com/newsroom/amagi-integrates-intertrust-expressplay-drm-for-delivering-premium-content-to-fast-service-platforms

***The joint solution offers a secure, seamless FAST platform that enables protected content delivery and new business models.***

**NEW YORK – April 16, 2024** – Amagi, the global leader in cloud-based SaaS technology for broadcast and connected TV, and Intertrust, the leading digital rights management (DRM) provider, today announced a joint solution that integrates Amagi's CLOUDPORT platform for streaming channels with Intertrust ExpressPlay DRM service. Protecting premium content with ExpressPlay DRM allows Amagi's customers to satisfy content owners' requirements and deliver premium content via the rapidly expanding sector of Free Ad-supported Streaming Television (FAST).

| | |
|---|---|
| | https://www.amagi.com/newsroom/amagi-integrates-intertrust-expressplay-drm-for-delivering-premium-content-to-fast-service-platforms<br><br>Amagi's CLOUDPORT is a suite of cloud-based tools for broadcasters and content providers to bring FAST services to global markets. It enables seamless media ingest, comprehensive content management, scheduling, playout, caption support, advanced graphics insertion, and precise ad placement and monitoring, all accessible remotely via a web-based user interface. By integrating Intertrust ExpressPlay DRM, Amagi customers can ensure premium, linear and VOD content protection while accommodating the dynamic needs of service providers and advertisers for targeted ad insertion and effective monetization strategies.<br>https://www.amagi.com/newsroom/amagi-integrates-intertrust-expressplay-drm-for-delivering-premium-content-to-fast-service-platforms<br><br>With Intertrust ExpressPlay DRM, Amagi is equipped to seamlessly integrate advertisements in real time within encrypted content streams without compromising security. This level of content protection is crucial for Amagi's unique business approach, where swift and secure ad inserts directly correlate with revenue streams.<br>https://www.amagi.com/newsroom/amagi-integrates-intertrust-expressplay-drm-for-delivering-premium-content-to-fast-service-platforms |

Intertrust ExpressPlay®

Products Resources Developers Partners News Contact us Log in Get started

Products › ExpressPlay DRM

# Cloud-based multi-DRM service

ExpressPlay DRM is a media protection platform for OTT streaming services

Free trial Free consultation



https://www.expressplay.com/products/multi-drm/

Intertrust ExpressPlay®

manage the content monetization while preventing media piracy and safeguarding the associated revenue, which is a critical requirement for both content providers and service operators.

So how can digital assets be protected? Though specifics may vary across different types of DRM, DRM technology works by combining *content encryption* with advanced *key management* and an associated *licensing policy* that grants access for end-user devices that meet the criteria required by the policy. Combining DRM with other tools such as forensic watermarking and anti-piracy services, offers an effective solution to secure content and revenue.

https://www.expressplay.com/products/faq/

| | |
|---|---|
| | Intertrust ExpressPlay DRM is a cost-effective turn-key solution that offers complete end-to-end protection for over-the-top (OTT) and broadband delivered premium content. As a security as a service, it offers a superior user experience to consumers of live and on-demand streaming services. ExpressPlay DRM provides device credentials, content key storage, content encryption, and secure playback along with a multi-DRM license delivery platform. https://go.intertrust.com/hubfs/assets/expressplay-drm-datasheet.pdf |

| | |
|---|---|
| | **What is encrypted digital media?**<br><br>The first step in the process of content protection is to apply encryption to the payload. The content is encrypted during the packaging phase of the content preparation. Typically, the content packaging, for example for DASH-CENC or SAMPLE-AES, relies on AES encryption. An AES-128 bit key, known as the content encryption key, is used to encrypt the video and audio tracks. That is, nobody will be able to watch an encrypted file or program unless they also have access to the same key that was used to render the content unwatchable. The reverse process is called decryption, by applying the same key to restore the content to a clear (watchable) state.<br>https://www.expressplay.com/products/faq/<br><br>The content encryption keys need to be transmitted to the receiver in a secure fashion so that only authorized viewers can decrypt and watch the content. This is all part of the management of "pay-TV secrets" and usually referred to as key management. Beyond encryption keys there are several other keys that are used to protect other secrets such as the entitlement management message (EMM), which holds information regarding the channels or programs a viewer may watch, a.k.a. "channel line-up" in multi-channel pay-TV systems. All this is managed by the content security system with its license servers.<br>https://www.expressplay.com/products/faq/ |

| | |
|---|---|
| | **What is DRM license management and how does a typical DRM license mechanism work?**<br><br>When a viewer selects a program to watch, for example a movie that is protected by DRM, the user's media player will need DRM-specific licensing information in order to prepare the protected content for playback. Such information is managed and dispensed by a DRM license server, sometimes called a DRM license provider, and DRM license management is the foundation for secure OTT streaming.<br><br>So, what is a DRM license? A DRM license is typically a small file that contains the content decryption key (in encrypted form) along with some rules/policies defining how the content may be used. Typical rules set in a license define the output controls (for example HDCP requirements) and/or license validity period. Like the encrypted content, the DRM license can be delivered freely and openly as the key itself is encrypted and the entire file is signed preventing any<br>https://www.expressplay.com/products/faq/<br><br>As shown below, the player receives the encrypted content (e.g., mass medium program presentation) from the CDN and sends a license request to ExpressPlay (e.g., first remote source), which returns the DRM license which includes the content decryption key (e.g., d igital enabling information) needed by the user device (e.g., receiver station) for decryption and playback of the video content (e.g., mass medium program presentation) . |

| | |
|---|---|
| | The license acquisition workflow is captured in the sequence diagram below:   *Source: ExpressPlay Tutorial* |

| | |
|---|---|
| | The standard license acquisition workflow with ExpressPlay involves the following steps:<br><br>1. The application signals to the Over the top (OTT) service that it needs a license for a specific content element<br>2. The OTT service verifies that the request came from an authorized user and determines whether the user is allowed to view the content, if not it will reject the license request<br>3. The OTT service calls the ExpressPlay service, passing the content decryption key and the desired permissions<br><br>*Source: ExpressPlay Tutorial*<br><br>4. ExpressPlay returns a token, which is an encrypted BLOB that contains the information required to construct a license<br>5. The OTT service converts the ExpressPlay Token into a license acquisition URL that is returned to the application. The license acquisition URL will point to the relevant ExpressPlay licensing service and specify the token in a query string parameter (for example: https://wv.service.expressplay.com/hms/wv/rights/?ExpressPlayToken=<Token>)<br>6. The application initializes the player with the LA_URL and starts playback<br>7. The player retrieves the encrypted content from the CDM and passes it to the media stack for decryption<br>8. The player retrieves the DRM license from ExpressPlay<br><br>*Source: ExpressPlay Tutorial* |
| storing digital enabling information at said first | The accused instrumentality practices storing digital enabling information (e.g., DRM license key) at said first remote source (e.g., DRM server component). |

<table>
<tr>
<td>remote source;</td>
<td>
As shown below, the accused instrumentality uses the Intertrust ExpressPlay DRM service for live and VOD broadcasting on its user devices. ExpressPlay DRM provides digital content protection by encrypting the video content using encryption keys. Each video is encrypted with an encryption key that is generated during encryption, and the key is further stored in the DRM server.<br>

<br>
https://www.amagi.com/newsroom/amagi-integrates-intertrust-expressplay-drm-for-delivering-premium-content-to-fast-service-platforms
</td>
</tr>
</table>

| | |
|---|---|
| | ***The joint solution offers a secure, seamless FAST platform that enables protected content delivery and new business models.***<br><br>**NEW YORK – April 16, 2024** – Amagi, the global leader in cloud-based SaaS technology for broadcast and connected TV, and Intertrust, the leading digital rights management (DRM) provider, today announced a joint solution that integrates Amagi's CLOUDPORT platform for streaming channels with Intertrust ExpressPlay DRM service. Protecting premium content with ExpressPlay DRM allows Amagi's customers to satisfy content owners' requirements and deliver premium content via the rapidly expanding sector of Free Ad-supported Streaming Television (FAST).<br>https://www.amagi.com/newsroom/amagi-integrates-intertrust-expressplay-drm-for-delivering-premium-content-to-fast-service-platforms<br><br>Amagi's CLOUDPORT is a suite of cloud-based tools for broadcasters and content providers to bring FAST services to global markets. It enables seamless media ingest, comprehensive content management, scheduling, playout, caption support, advanced graphics insertion, and precise ad placement and monitoring, all accessible remotely via a web-based user interface. By integrating Intertrust ExpressPlay DRM, Amagi customers can ensure premium, linear and VOD content protection while accommodating the dynamic needs of service providers and advertisers for targeted ad insertion and effective monetization strategies.<br>https://www.amagi.com/newsroom/amagi-integrates-intertrust-expressplay-drm-for- |

| | |
|---|---|
| | delivering-premium-content-to-fast-service-platforms<br><br>manage the content monetization while preventing media piracy and safeguarding the associated revenue, which is a critical requirement for both content providers and service operators.<br><br>Intertrust ExpressPlay<br><br>So how can digital assets be protected? Though specifics may vary across different types of DRM, DRM technology works by combining *content encryption* with advanced *key management* and an associated *licensing policy* that grants access for end-user devices that meet the criteria required by the policy. Combining DRM with other tools such as forensic watermarking and anti-piracy services, offers an effective solution to secure content and revenue.<br><br>https://www.expressplay.com/products/faq/ |

| | |
|---|---|
| | **What is encrypted digital media?**<br><br>The first step in the process of content protection is to apply encryption to the payload. The content is encrypted during the packaging phase of the content preparation. Typically, the content packaging, for example for DASH-CENC or SAMPLE-AES, relies on AES encryption. An AES-128 bit key, known as the content encryption key, is used to encrypt the video and audio tracks. That is, nobody will be able to watch an encrypted file or program unless they also have access to the same key that was used to render the content unwatchable. The reverse process is called decryption, by applying the same key to restore the content to a clear (watchable) state.<br><br>https://www.expressplay.com/products/faq/<br><br>The ExpressPlay multi-DRM license delivery platform and secure key management service includes a rich API for managing encryption keys. The key service insulates ExpressPlay DRM customers from the complexities of managing content keys, while maintaining full control and ownership of the keys.<br><br>https://d1xyy3yiuu5xkq.cloudfront.net/wp-content/uploads/2021/01/09091633/ExpressPlay-Media-Security-Suite.pdf |

| | |
|---|---|
| | The technology has several key components:<br>1. **Content Encryption** - The content is encrypted using strong encryption technologies, such as AES 128, that require the playback device to obtain a decryption key in order to render the content. As the content is encrypted it can freely be distributed in the most efficient means possible (e.g. via CDNs with no authentication) without having to worry about unauthorized viewing.<br>*Source: ExpressPlay Tutorial*<br><br>Key Storage<br><br>ExpressPlay offers an optional secure online storage service for your content keys at no additional charge. The ExpressPlay Key Storage Service uses the Simple Key Management (SKM) API, a simple REST API that allows you to push/pull content keys to/from ExpressPlay. You can learn more about this open API for key management in the SKM API documentation. The documentation is not specific to the ExpressPlay service, so the url patterns are missing the base url. In the case of ExpressPlay, the url base should be as follows.<br>https://www.expressplay.com/developer/key-storage/ |
| receiving at said first remote source a query from said receiver station; | The accused instrumentality practices receiving at said first remote source (e.g., DRM server component) a query (e.g., a license request to retrieve DRM license decryption key) from said receiver station (e.g., user device enabled with the accused instrumentality).<br><br>As shown below, the accused instrumentality uses the Intertrust ExpressPlay DRM service for live and VOD broadcasting on its user devices. ExpressPlay DRM provides digital content protection by encrypting the video content using encryption keys. The player of the accused instrumentality receives an encrypted video from the video source. When a player attempts to play a video, it detects that the content is encrypted using encryption keys. Each video is encrypted with an encryption key that is generated during encryption, and the key is further stored in the DRM server. The player sends the license request to the DRM license server to request the corresponding decryption key required for |

| | |
|---|---|
| | playback.   https://www.amagi.com/newsroom/amagi-integrates-intertrust-expressplay-drm-for-delivering-premium-content-to-fast-service-platforms |

| | |
|---|---|
| | ***The joint solution offers a secure, seamless FAST platform that enables protected content delivery and new business models.*** <br><br> **NEW YORK – April 16, 2024** - Amagi, the global leader in cloud-based SaaS technology for broadcast and connected TV, and Intertrust, the leading digital rights management (DRM) provider, today announced a joint solution that integrates Amagi's CLOUDPORT platform for streaming channels with Intertrust ExpressPlay DRM service. Protecting premium content with ExpressPlay DRM allows Amagi's customers to satisfy content owners' requirements and deliver premium content via the rapidly expanding sector of Free Ad-supported Streaming Television (FAST). <br> https://www.amagi.com/newsroom/amagi-integrates-intertrust-expressplay-drm-for-delivering-premium-content-to-fast-service-platforms <br><br> Amagi's CLOUDPORT is a suite of cloud-based tools for broadcasters and content providers to bring FAST services to global markets. It enables seamless media ingest, comprehensive content management, scheduling, playout, caption support, advanced graphics insertion, and precise ad placement and monitoring, all accessible remotely via a web-based user interface. By integrating Intertrust ExpressPlay DRM, Amagi customers can ensure premium, linear and VOD content protection while accommodating the dynamic needs of service providers and advertisers for targeted ad insertion and effective monetization strategies. <br> https://www.amagi.com/newsroom/amagi-integrates-intertrust-expressplay-drm-for- |

delivering-premium-content-to-fast-service-platforms

Intertrust ExpressPlay

manage the content monetization while preventing media piracy and safeguarding the associated revenue, which is a critical requirement for both content providers and service operators.

So how can digital assets be protected? Though specifics may vary across different types of DRM, DRM technology works by combining *content encryption* with advanced *key management* and an associated *licensing policy* that grants access for end-user devices that meet the criteria required by the policy. Combining DRM with other tools such as forensic watermarking and anti-piracy services, offers an effective solution to secure content and revenue.

https://www.expressplay.com/products/faq/

| | |
|---|---|
| | **What is encrypted digital media?**<br><br>The first step in the process of content protection is to apply encryption to the payload. The content is encrypted during the packaging phase of the content preparation. Typically, the content packaging, for example for DASH-CENC or SAMPLE-AES, relies on AES encryption. An AES-128 bit key, known as the content encryption key, is used to encrypt the video and audio tracks. That is, nobody will be able to watch an encrypted file or program unless they also have access to the same key that was used to render the content unwatchable. The reverse process is called decryption, by applying the same key to restore the content to a clear (watchable) state.<br>https://www.expressplay.com/products/faq/<br><br>The content encryption keys need to be transmitted to the receiver in a secure fashion so that only authorized viewers can decrypt and watch the content. This is all part of the management of "pay-TV secrets" and usually referred to as key management. Beyond encryption keys there are several other keys that are used to protect other secrets such as the entitlement management message (EMM), which holds information regarding the channels or programs a viewer may watch, a.k.a. "channel line-up" in multi-channel pay-TV systems. All this is managed by the content security system with its license servers.<br>https://www.expressplay.com/products/faq/ |

| | |
|---|---|
| | **What is DRM license management and how does a typical DRM license mechanism work?**<br><br>When a viewer selects a program to watch, for example a movie that is protected by DRM, the user's media player will need DRM-specific licensing information in order to prepare the protected content for playback. Such information is managed and dispensed by a DRM license server, sometimes called a DRM license provider, and DRM license management is the foundation for secure OTT streaming.<br><br>So, what is a DRM license? A DRM license is typically a small file that contains the content decryption key (in encrypted form) along with some rules/policies defining how the content may be used. Typical rules set in a license define the output controls (for example HDCP requirements) and/or license validity period. Like the encrypted content, the DRM license can be delivered freely and openly as the key itself is encrypted and the entire file is signed preventing any<br><br>https://www.expressplay.com/products/faq/<br><br>The technology has several key components:<br>1. **Content Encryption** - The content is encrypted using strong encryption technologies, such as AES 128, that require the playback device to obtain a decryption key in order to render the content. As the content is encrypted it can freely be distributed in the most efficient means possible (e.g. via CDNs with no authentication) without having to worry about unauthorized viewing.<br>2. **DRM License** - A DRM license is typically a small file that contains the content decryption key (in encrypted form) along with some rules/policies on how the content is to be used. Typical rules set in a license define the output controls (e.g. HDCP requirements) and /or license validity period. Like the content itself, the license can be delivered freely and openly as the key itself is encrypted and the entire file is signed preventing any modifications to the specified rights.<br><br>*Source: ExpressPlay Tutorial* |

| | |
|---|---|
| | As shown below, the player receives the encrypted content from the CDN and sends a license request to ExpressPlay (e.g., first remote source), which returns the DRM license which includes the content decryption key needed by the user device (e.g., receiver station) for decryption and playback of the video content.<br><br>The license acquisition workflow is captured in the sequence diagram below:<br><br><br> |

| | |
|---|---|
| | *Source: ExpressPlay Tutorial*<br><br>The standard license acquisition workflow with ExpressPlay involves the following steps:<br><br>1. The application signals to the Over the top (OTT) service that it needs a license for a specific content element<br>2. The OTT service verifies that the request came from an authorized user and determines whether the user is allowed to view the content, if not it will reject the license request<br>3. The OTT service calls the ExpressPlay service, passing the content decryption key and the desired permissions<br><br>*Source: ExpressPlay Tutorial*<br><br>4. ExpressPlay returns a token, which is an encrypted BLOB that contains the information required to construct a license<br>5. The OTT service converts the ExpressPlay Token into a license acquisition URL that is returned to the application. The license acquisition URL will point to the relevant ExpressPlay licensing service and specify the token in a query string parameter (for example: https://wv.service.expressplay.com/hms/wv/rights/?ExpressPlayToken=<Token>)<br>6. The application initializes the player with the LA_URL and starts playback<br>7. The player retrieves the encrypted content from the CDM and passes it to the media stack for decryption<br>8. The player retrieves the DRM license from ExpressPlay<br><br>*Source: ExpressPlay Tutorial* |

| | |
|---|---|
| | Content Key Flow<br>Here you can see how the content is encrypted and remains protected through playback on device. The storefront requests tokens from ExpressPlay using the content key, then passes down the token to the player device or app which uses the SDK to process the token for secure playback.<br><br><br>https://www.expressplay.com/developer/key-storage/ |
| transmitting said digital enabling information which is effective to enable decryption from said first remote source to said receiver station in response to said step of receiving said query, said receiver station storing at least some of said | The accused instrumentality practices transmitting (e.g., sending) said digital enabling information (e.g., DRM license decryption key) which is effective to enable decryption (e.g., decrypting video) from said first remote source (e.g., DRM server component) to said receiver station (e.g., user device enabled with the accused instrumentality) in response to said step of receiving said query (e.g., a request to retrieve DRM license decryption key), said receiver station (e.g., user device enabled with the accused instrumentality) storing at least some of said transmitted enabling information (e.g., keys, licenses, etc.).<br><br>As shown below, the accused instrumentality uses the Intertrust ExpressPlay DRM service |

| | |
|---|---|
| transmitted enabling information; | for live and VOD broadcasting on its user devices. ExpressPlay DRM provides digital content protection by encrypting the video content using encryption keys. The player of the accused instrumentality receives an encrypted video from the video source. When a player attempts to play a video, it detects that the content is encrypted using encryption keys. Each video is encrypted with an encryption key that is generated during encryption, and the key is further stored in the DRM server. The player sends the license request to the DRM license server to request the corresponding decryption key required for playback. The DRM license server retrieves the decryption key and sends the license response including the decryption key to the user device. The decryption key is stored by the user device and then used to decrypt the video for playback and display it to the user.<br><br><br><br>https://www.amagi.com/newsroom/amagi-integrates-intertrust-expressplay-drm-for-delivering-premium-content-to-fast-service-platforms |

| | |
|---|---|
| | ***The joint solution offers a secure, seamless FAST platform that enables protected content delivery and new business models.***<br><br>**NEW YORK – April 16, 2024** – Amagi, the global leader in cloud-based SaaS technology for broadcast and connected TV, and Intertrust, the leading digital rights management (DRM) provider, today announced a joint solution that integrates Amagi's CLOUDPORT platform for streaming channels with Intertrust ExpressPlay DRM service. Protecting premium content with ExpressPlay DRM allows Amagi's customers to satisfy content owners' requirements and deliver premium content via the rapidly expanding sector of Free Ad-supported Streaming Television (FAST).<br>https://www.amagi.com/newsroom/amagi-integrates-intertrust-expressplay-drm-for-delivering-premium-content-to-fast-service-platforms<br><br>Amagi's CLOUDPORT is a suite of cloud-based tools for broadcasters and content providers to bring FAST services to global markets. It enables seamless media ingest, comprehensive content management, scheduling, playout, caption support, advanced graphics insertion, and precise ad placement and monitoring, all accessible remotely via a web-based user interface. By integrating Intertrust ExpressPlay DRM, Amagi customers can ensure premium, linear and VOD content protection while accommodating the dynamic needs of service providers and advertisers for targeted ad insertion and effective monetization strategies.<br>https://www.amagi.com/newsroom/amagi-integrates-intertrust-expressplay-drm-for- |

| | |
|---|---|
| | delivering-premium-content-to-fast-service-platforms<br><br>manage the content monetization while preventing media piracy and safeguarding the associated revenue, which is a critical requirement for both content providers and service operators.<br><br>Intertrust ExpressPlay<br><br>So how can digital assets be protected? Though specifics may vary across different types of DRM, DRM technology works by combining *content encryption* with advanced *key management* and an associated *licensing policy* that grants access for end-user devices that meet the criteria required by the policy. Combining DRM with other tools such as forensic watermarking and anti-piracy services, offers an effective solution to secure content and revenue.<br><br>https://www.expressplay.com/products/faq/ |

| | |
|---|---|
| | **What is encrypted digital media?**<br><br>The first step in the process of content protection is to apply encryption to the payload. The content is encrypted during the packaging phase of the content preparation. Typically, the content packaging, for example for DASH-CENC or SAMPLE-AES, relies on AES encryption. An AES-128 bit key, known as the content encryption key, is used to encrypt the video and audio tracks. That is, nobody will be able to watch an encrypted file or program unless they also have access to the same key that was used to render the content unwatchable. The reverse process is called decryption, by applying the same key to restore the content to a clear (watchable) state.<br>https://www.expressplay.com/products/faq/<br><br>The content encryption keys need to be transmitted to the receiver in a secure fashion so that only authorized viewers can decrypt and watch the content. This is all part of the management of "pay-TV secrets" and usually referred to as key management. Beyond encryption keys there are several other keys that are used to protect other secrets such as the entitlement management message (EMM), which holds information regarding the channels or programs a viewer may watch, a.k.a. "channel line-up" in multi-channel pay-TV systems. All this is managed by the content security system with its license servers.<br>https://www.expressplay.com/products/faq/ |

| | |
|---|---|
| | **What is DRM license management and how does a typical DRM license mechanism work?**<br><br>When a viewer selects a program to watch, for example a movie that is protected by DRM, the user's media player will need DRM-specific licensing information in order to prepare the protected content for playback. Such information is managed and dispensed by a DRM license server, sometimes called a DRM license provider, and DRM license management is the foundation for secure OTT streaming.<br><br>So, what is a DRM license? A DRM license is typically a small file that contains the content decryption key (in encrypted form) along with some rules/policies defining how the content may be used. Typical rules set in a license define the output controls (for example HDCP requirements) and/or license validity period. Like the encrypted content, the DRM license can be delivered freely and openly as the key itself is encrypted and the entire file is signed preventing any<br><br>https://www.expressplay.com/products/faq/<br><br>The technology has several key components:<br>1. **Content Encryption** - The content is encrypted using strong encryption technologies, such as AES 128, that require the playback device to obtain a decryption key in order to render the content. As the content is encrypted it can freely be distributed in the most efficient means possible (e.g. via CDNs with no authentication) without having to worry about unauthorized viewing.<br>2. **DRM License** - A DRM license is typically a small file that contains the content decryption key (in encrypted form) along with some rules/policies on how the content is to be used. Typical rules set in a license define the output controls (e.g. HDCP requirements) and /or license validity period. Like the content itself, the license can be delivered freely and openly as the key itself is encrypted and the entire file is signed preventing any modifications to the specified rights.<br><br>*Source: ExpressPlay Tutorial* |

| | |
|---|---|
| | As shown below, the player receives the encrypted content from the CDN and sends a license request to ExpressPlay (e.g., first remote source), which returns the DRM license which includes the content decryption key (e.g., digital enabling information) needed by the user device (e.g., receiver station) for decryption and playback of the video content.<br><br>The license acquisition workflow is captured in the sequence diagram below:<br><br><br> |

| | |
|---|---|
| | *Source: ExpressPlay Tutorial*<br><br>The standard license acquisition workflow with ExpressPlay involves the following steps:<br><br>1. The application signals to the Over the top (OTT) service that it needs a license for a specific content element<br>2. The OTT service verifies that the request came from an authorized user and determines whether the user is allowed to view the content, if not it will reject the license request<br>3. The OTT service calls the ExpressPlay service, passing the content decryption key and the desired permissions<br><br>*Source: ExpressPlay Tutorial*<br><br>4. ExpressPlay returns a token, which is an encrypted BLOB that contains the information required to construct a license<br>5. The OTT service converts the ExpressPlay Token into a license acquisition URL that is returned to the application. The license acquisition URL will point to the relevant ExpressPlay licensing service and specify the token in a query string parameter (for example: https://wv.service.expressplay.com/hms/wv/rights/?ExpressPlayToken=<Token>)<br>6. The application initializes the player with the LA_URL and starts playback<br>7. The player retrieves the encrypted content from the CDM and passes it to the media stack for decryption<br>8. The player retrieves the DRM license from ExpressPlay<br><br>*Source: ExpressPlay Tutorial* |

| | |
|---|---|
| | Content Key Flow<br>Here you can see how the content is encrypted and remains protected through playback on device. The storefront requests tokens from ExpressPlay using the content key, then passes down the token to the player device or app which uses the SDK to process the token for secure playback.<br><br><br>https://www.expressplay.com/developer/key-storage/ |

| | |
|---|---|
| | Intertrust ExpressPlay DRM is a cost-effective turn-key solution that offers complete end-to-end protection for over-the-top (OTT) and broadband delivered premium content. As a security as a service, it offers a superior user experience to consumers of live and on-demand streaming services. ExpressPlay DRM provides device credentials, content key storage, content encryption, and secure playback along with a multi-DRM license delivery platform.<br>https://go.intertrust.com/hubfs/assets/expressplay-drm-datasheet.pdf<br><br>Even though the licensing information may differ across different DRM systems, the core information always consists of several common pieces defining the business rules:<br>• **Content Key**: The unique data used with an encryption algorithm to encrypt and decrypt the content. To maximize security, different keys should be used for different digital assets. It all forms part of a DRM system's key management strategy and mechanisms.<br>• **Playback Duration**: A way to administer playback frequency, for example, "play any number of times for 48 hours" or, in the case of electronic sell-through, play forever<br>• **License Type**: A "persistent license" means that no further DRM license requests will be required after the first one has been received, as opposed to sending a new license request each time the content is selected for playback<br>• **Output protection**: Administering hardware output requirements ,for example. mandate the use of HDCP 2.x on external screens<br>https://www.expressplay.com/products/faq/ |

Intertrust ExpressPlay®

Products Resources Developers Partners News Contact us Log in

| | |
|---|---|
| playbackDuration | Specifies the maximum time the license stays valid after playback has been started. Measured from the first playback start time<br>• Requires the use of a persistent license<br>• A value of 0 indicates unlimited validity. |

https://www.expressplay.com/developer/restapi/

| | |
|---|---|
| storageDuration | Specifies the maximum time the license stays valid (in seconds) before playback is started (Measured from license acquisition time)<br>• Requires the use of a persistent license<br>• A value of 0 indicates unlimited validity.<br>• The storageDuration and playbackDuration parameters must both be specified and are mutually exclusive with the rentalDuration parameter. |

https://www.expressplay.com/developer/restapi/

## What is the purpose of a Content Decryption Module (CDM)?

The Content Decryption Module or CDM is responsible for the implementation of the DRM functionality, for decrypting the media buffer, and to verify and honor all the output obligations and usage rules carried in the DRM license.

https://www.expressplay.com/products/faq/

| | |
|---|---|
| | The `createSession` method takes a parameter that will tell if the current session of deciphering would be temporary or persistent. Indeed, some licenses distributed by the server could contain persistent keys that the CDM can reuse for later usage. The CDM store those reusable keys in safe local storage on the machine. However, this feature requires a higher level of<br>https://medium.com/@RossetPaul/encrypted-media-extension-eme-api-watching-protected-video-content-on-the-web-1ac7b175c92d |
| transmitting from a second remote source to said receiver station an encrypted digital mass medium presentation signal which is decrypted on the basis of said stored at least some of said digital enabling information to present said mass medium programming presentation. | The accused instrumentality practices transmitting (e.g., sending) from a second remote source (e.g., content providers, etc.) to said receiver station (e.g., user device enabled with the accused instrumentality) an encrypted digital mass medium presentation signal (e.g., encrypted video) which is decrypted on the basis of said stored at least some of said digital enabling information (e.g., DRM license decryption key) to present said mass medium programming presentation (e.g., displaying and playing the video on the user device).<br><br>As shown below, the accused instrumentality uses the Intertrust ExpressPlay DRM service for live and VOD broadcasting on its user devices. ExpressPlay DRM provides digital content protection by encrypting the video content using encryption keys. The player of the accused instrumentality receives an encrypted video from the video source. When a player attempts to play a video, it detects that the content is encrypted using encryption keys. Each video is encrypted with an encryption key that is generated during encryption, and the key is further stored in the DRM server. The player sends the license request to the DRM license server to request the corresponding decryption key required for playback. The DRM license server retrieves the decryption key and sends the license response including the decryption key to the user device. The decryption key is stored by the user device and then used to decrypt the video for playback and display it to the user. |

| | |
|---|---|
| | amagi Why Amagi Solutions Offerings AI Resources Company Investors Support Contact Us<br>NEWSROOM<br>**Amagi Integrates Intertrust ExpressPlay DRM for Delivering Premium Content to FAST Service Platforms**<br>New York, April 16, 2024<br>Please<br>https://www.amagi.com/newsroom/amagi-integrates-intertrust-expressplay-drm-for-delivering-premium-content-to-fast-service-platforms<br><br>***The joint solution offers a secure, seamless FAST platform that enables protected content delivery and new business models.***<br>**NEW YORK – April 16, 2024** - Amagi, the global leader in cloud-based SaaS technology for broadcast and connected TV, and Intertrust, the leading digital rights management (DRM) provider, today announced a joint solution that integrates Amagi's CLOUDPORT platform for streaming channels with Intertrust ExpressPlay DRM service. Protecting premium content with ExpressPlay DRM allows Amagi's customers to satisfy content owners' requirements and deliver premium content via the rapidly expanding sector of Free Ad-supported Streaming Television (FAST). |

| | |
|---|---|
| | https://www.amagi.com/newsroom/amagi-integrates-intertrust-expressplay-drm-for-delivering-premium-content-to-fast-service-platforms<br><br>Amagi's CLOUDPORT is a suite of cloud-based tools for broadcasters and content providers to bring FAST services to global markets. It enables seamless media ingest, comprehensive content management, scheduling, playout, caption support, advanced graphics insertion, and precise ad placement and monitoring, all accessible remotely via a web-based user interface. By integrating Intertrust ExpressPlay DRM, Amagi customers can ensure premium, linear and VOD content protection while accommodating the dynamic needs of service providers and advertisers for targeted ad insertion and effective monetization strategies.<br>https://www.amagi.com/newsroom/amagi-integrates-intertrust-expressplay-drm-for-delivering-premium-content-to-fast-service-platforms |

| | |
|---|---|
| | manage the content monetization while preventing media piracy and safeguarding the associated revenue, which is a critical requirement for both content providers and service operators.<br><br>Intertrust ExpressPlay<br><br>So how can digital assets be protected? Though specifics may vary across different types of DRM, DRM technology works by combining *content encryption* with advanced *key management* and an associated *licensing policy* that grants access for end-user devices that meet the criteria required by the policy. Combining DRM with other tools such as forensic watermarking and anti-piracy services, offers an effective solution to secure content and revenue.<br>https://www.expressplay.com/products/faq/<br><br>**What is encrypted digital media?**<br><br>The first step in the process of content protection is to apply encryption to the payload. The content is encrypted during the packaging phase of the content preparation. Typically, the content packaging, for example for DASH-CENC or SAMPLE-AES, relies on AES encryption. An AES-128 bit key, known as the content encryption key, is used to encrypt the video and audio tracks. That is, nobody will be able to watch an encrypted file or program unless they also have access to the same key that was used to render the content unwatchable. The reverse process is called decryption, by applying the same key to restore the content to a clear (watchable) state.<br>https://www.expressplay.com/products/faq/ |

| | |
|---|---|
| | The content encryption keys need to be transmitted to the receiver in a secure fashion so that only authorized viewers can decrypt and watch the content. This is all part of the management of "pay-TV secrets" and usually referred to as key management. Beyond encryption keys there are several other keys that are used to protect other secrets such as the entitlement management message (EMM), which holds information regarding the channels or programs a viewer may watch, a.k.a. "channel line-up" in multi-channel pay-TV systems. All this is managed by the content security system with its license servers.<br>https://www.expressplay.com/products/faq/<br>**What is DRM license management and how does a typical DRM license mechanism work?**<br>When a viewer selects a program to watch, for example a movie that is protected by DRM, the user's media player will need DRM-specific licensing information in order to prepare the protected content for playback. Such information is managed and dispensed by a DRM license server, sometimes called a DRM license provider, and DRM license management is the foundation for secure OTT streaming.<br>So, what is a DRM license? A DRM license is typically a small file that contains the content decryption key (in encrypted form) along with some rules/policies defining how the content may be used. Typical rules set in a license define the output controls (for example HDCP requirements) and/or license validity period. Like the encrypted content, the DRM license can be delivered freely and openly as the key itself is encrypted and the entire file is signed preventing any<br>https://www.expressplay.com/products/faq/ |

| | |
|---|---|
| | The technology has several key components:<br>1. **Content Encryption** - The content is encrypted using strong encryption technologies, such as AES 128, that require the playback device to obtain a decryption key in order to render the content. As the content is encrypted it can freely be distributed in the most efficient means possible (e.g. via CDNs with no authentication) without having to worry about unauthorized viewing.<br>2. **DRM License** - A DRM license is typically a small file that contains the content decryption key (in encrypted form) along with some rules/policies on how the content is to be used. Typical rules set in a license define the output controls (e.g. HDCP requirements) and /or license validity period. Like the content itself, the license can be delivered freely and openly as the key itself is encrypted and the entire file is signed preventing any modifications to the specified rights.<br><br>*Source: ExpressPlay Tutorial*<br><br>As shown below, the player receives the encrypted content (e.g., encrypted digital mass medium presentation) from the CDN (e.g., second remote source) and sends a license request to ExpressPlay, which includes the content decryption key needed by the user device (e.g., receiver station) for decryption and playback of the video content. |

| | |
|---|---|
| | The license acquisition workflow is captured in the sequence diagram below:   *Source: ExpressPlay Tutorial* |

The standard license acquisition workflow with ExpressPlay involves the following steps:

1. The application signals to the Over the top (OTT) service that it needs a license for a specific content element
2. The OTT service verifies that the request came from an authorized user and determines whether the user is allowed to view the content, if not it will reject the license request
3. The OTT service calls the ExpressPlay service, passing the content decryption key and the desired permissions

*Source: ExpressPlay Tutorial*

4. ExpressPlay returns a token, which is an encrypted BLOB that contains the information required to construct a license
5. The OTT service converts the ExpressPlay Token into a license acquisition URL that is returned to the application. The license acquisition URL will point to the relevant ExpressPlay licensing service and specify the token in a query string parameter (for example: https://wv.service.expressplay.com/hms/wv/rights/?ExpressPlayToken=<Token>)
6. The application initializes the player with the LA_URL and starts playback
7. The player retrieves the encrypted content from the CDM and passes it to the media stack for decryption
8. The player retrieves the DRM license from ExpressPlay

*Source: ExpressPlay Tutorial*

| | |
|---|---|
| | Content Key Flow<br>Here you can see how the content is encrypted and remains protected through playback on device. The storefront requests tokens from ExpressPlay using the content key, then passes down the token to the player device or app which uses the SDK to process the token for secure playback.<br><br>https://www.expressplay.com/developer/key-storage/ |

| | |
|---|---|
| | Intertrust ExpressPlay DRM is a cost-effective turn-key solution that offers complete end-to-end protection for over-the-top (OTT) and broadband delivered premium content. As a security as a service, it offers a superior user experience to consumers of live and on-demand streaming services. ExpressPlay DRM provides device credentials, content key storage, content encryption, and secure playback along with a multi-DRM license delivery platform.<br>https://go.intertrust.com/hubfs/assets/expressplay-drm-datasheet.pdf<br><br>Even though the licensing information may differ across different DRM systems, the core information always consists of several common pieces defining the business rules:<br>• **Content Key**: The unique data used with an encryption algorithm to encrypt and decrypt the content. To maximize security, different keys should be used for different digital assets. It all forms part of a DRM system's key management strategy and mechanisms.<br>• **Playback Duration**: A way to administer playback frequency, for example, "play any number of times for 48 hours" or, in the case of electronic sell-through, play forever<br>• **License Type**: A "persistent license" means that no further DRM license requests will be required after the first one has been received, as opposed to sending a new license request each time the content is selected for playback<br>• **Output protection**: Administering hardware output requirements ,for example. mandate the use of HDCP 2.x on external screens<br>https://www.expressplay.com/products/faq/ |

| | |
|---|---|
| | Intertrust ExpressPlay Products Resources Developers Partners News Contact us Log in<br><br>playbackDuration — Specifies the maximum time the license stays valid after playback has been started. Measured from the first playback start time<br>• Requires the use of a persistent license<br>• A value of 0 indicates unlimited validity.<br><br>https://www.expressplay.com/developer/restapi/<br><br>storageDuration — Specifies the maximum time the license stays valid (in seconds) before playback is started (Measured from license acquisition time)<br>• Requires the use of a persistent license<br>• A value of 0 indicates unlimited validity.<br>• The storageDuration and playbackDuration parameters must both be specified and are mutually exclusive with the rentalDuration parameter.<br><br>https://www.expressplay.com/developer/restapi/<br><br>**What is the purpose of a Content Decryption Module (CDM)?**<br><br>The Content Decryption Module or CDM is responsible for the implementation of the DRM functionality, for decrypting the media buffer, and to verify and honor all the output obligations and usage rules carried in the DRM license.<br><br>https://www.expressplay.com/products/faq/ |

| | |
|---|---|
| | The `createSession` method takes a parameter that will tell if the current session of deciphering would be temporary or persistent. Indeed, some licenses distributed by the server could contain persistent keys that the CDM can reuse for later usage. The CDM store those reusable keys in safe local storage on the machine. However, this feature requires a higher level of<br>https://medium.com/@RossetPaul/encrypted-media-extension-eme-api-watching-protected-video-content-on-the-web-1ac7b175c92d |